CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
SEP 21 2016
LODGED___ REC'D___
PAID___ DOCKETED___
$350.00

PETER SZANTO 503-610-0865
P.O. Box 4614
Portland OR 97208

# United States Bankruptcy Court

in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

In Re Peter Szanto, Debtor

=====================

Peter Szanto, Plaintiff

vs.

Evye Szanto, Victor Szanto,
Nicole Szanto, Kimberly Szanto,
Mariette Szanto,
Anthony Szanto, John Barlow,
Austin Bell,
Barbara Szanto Alexander,
         Defendants

**Core Case # 16 –bk-33185 pcm11**

**ADVERSARIAL #**

1) Adversarial Proceeding to Recover Estate Assets

2) Complaint for Damages

3) Federal Proceeding to Reassign Tax Indebtedness

Adversarial Proceeding / Complaint – pg. 1

ORIGINAL

1. Comes now debtor Peter Szanto who pleads as follows.
2. This is an action under the Bankruptcy laws to recover money and property belonging to the debtor Peter Szanto's Bankruptcy estate.
3. This is an action to recover money and property which the defendants acquired, in concert or acting individually, through theft -- and subsequent improper use – of plaintiff's identity and personal / private identifying information.
4. This is an action which asks this Court to reassign tax liability – which was generated through improper use of plaintiff's identity.
5. This is also an action to recover money and property absconded though fraud committed by the defendants against the plaintiff.
6. This is also action based upon the conspiracy of the defendants working in concert with one another to commit the improper acts as described herein.

## JURISDICTION

7. Jurisdiction herein is based on complete diversity of plaintiff with all of the defendants.
8. Jurisdiction is based on Bankruptcy court jurisdiction to recover estate assets.
9. Jurisdiction is also based on exclusive Federal jurisdiction over internal revenue matters.

Adversarial Proceeding / Complaint – pg. 2

## FACTS

10. Beginning in 2005, defendants Evye Szanto, Victor Szanto, Nicole Szanto, Kimberly Szanto, Mariette Szanto, Anthony Szanto, and Barbara Szanto Alexander, began a campaign to rob, loot and abscond with various Szanto Family trust assets (henceforth ASSETS).

11. Defendants' primary goal was to make ASSETS, in which plaintiff was entitled to share, their own. And to bar and defeat all of plaintiff's rights to any ASSETS.

12. One strategy employed by Evye Szanto, Victor Szanto, Nicole Szanto, Kimberly Szanto, Mariette Szanto, Anthony Szanto, and Barbara Szanto Alexander was the improper and impermissible use of plaintiff's identity and identifying information.

13. Plaintiff's identity and identifying information being readily available from various Szanto family trust papers and records. to which os had unfettered access.

14. Only in December 2014, did plaintiff become aware that security of his identity and personal, private identifying information had been compromised.

15. The information regarding said stolen identity came *via* a demand from the Internal Revenue Service (henceforth IRS) [EXHIBIT A] for additional taxes based on cancellation of debt income.

16. Plaintiff's investigation, research and analysis – along with information obtained from the IRS and the Department of Justice
Adversarial Proceeding / Complaint – pg. 3

demonstrated use of plaintiff's name and identity by the defendants to obtain credit and open bank accounts in plaintiff's name, but without plaintiff's knowledge or permission.

17. Thereafter, said accounts went unpaid, even though ∆'s had borrowed thereon.

18. The lending institutions thereafter applied for tax credit for cancelled debt and the cancelled debt became imputed taxable income to plaintiff.

19. It is upon these facts that plaintiff contends the following causes of action.

### First Cause of Action: Identity Theft

20. Plaintiff seeks recompense for theft and use of his identity and personal identifying information by the defendants.

21. Said improper use of plaintiff's identity by defendants caused plaintiff to incur tax liability, diminished credit worthiness and other negative financial results.

22. Plaintiff asks for restitution in the amount of $250,000.

### Second Cause of Action: Breach of Fiduciary Duty

23. Plaintiff contends that defendants, in their capacities as fiduciaries of various Szanto Family ASSETS had a fiduciary duty to keep and make safe and secure plaintiff's personal financial information.

24. Plaintiff contends that defendants breached said duties of security by impermissible use of plaintiff's identity and personal identifying information.

25. Plaintiff seeks recompense for these breaches in an amount to be shown by proof.

### Third Cause of Action: Fraud

26. Plaintiff contends that the defendants made false and fraudulent statements concerning material facts. Here, defendants made many statements regarding plaintiff's identity which they knew to be untrue (particularly that they had right to use plaintiff's identity).

27. Most significant of these being use of plaintiff's identity without permission.

28. Defendants knew at the time of making these false and fraudulent statements regarding plaintiff that they were actually making false representations regarding plaintiff's identity.

29. Defendants' intent, by the making of false statements was that their representations would induce another to act upon those representations.

30. Here, all of the banks which loaned and advanced monies to the defendants relied upon defendants' fraudulent statements regarding plaintiff's identity.

31. The reliance of various financial entities on defendant's actions harmed plaintiff, because money loaned using plaintiff's name was never repaid.

32. The consequence thereof being that money loaned in plaintiff's name, but without plaintiff's permission was ascribed as a bad-debt and misuse of credit against plaintiff.

33. Plaintiff seeks recompense for these actions in an amount to be shown by proof,

## Fourth Cause of Action: Conspiracy

34. In *Pitts v. King*, (1932) 141 Or 23, 28, 15 P.2nd 379, Oregon adopted the following as a definition for a conspiracy in a civil action:

```
"A conspiracy is a combination of two or more persons
by some concerted action to accomplish some criminal or
unlawful purpose or to accomplish some purpose not in
itself criminal by unlawful means."
```

35. Plaintiff alleges that all of the defendants, through their concerted actions sought to accomplish the common unlawful purpose of use of plaintiff's identity without plaintiff's permission.

Adversarial Proceeding / Complaint – pg. 6

36. Plaintiff seeks restitution for that abuse of his identity in an amount to be shown by proof.

## PRAYER

37. Plaintiff seeks an award of $302,849 as recompense for the tax liability created by defendants.
38. Plaintiff seeks an additional award of $200,000 as the amount he reasonably anticipates expending in the rehabilitation of his credit reputation and standing.
39. Plaintiff asks that this Court reassign Federal tax liability according to proof from plaintiff to the defendants.
40. Plaintiff asks such further relief as this Court may see just and proper.

DATED 15 September 2016 _____ Peter Szanto

| Form **4549-A** (Rev. March 2013) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes**<br>(Unagreed and Excepted Agreed) | | Page 1 of 2 |
|---|---|---|---|
| Name and Address of Taxpayer<br><br>PETER & SUSAN SZANTO<br>11 SHORE PINE DR<br>NEWPORT COAST  CA  92657-1544 | Taxpayer Identification Number<br>~~(redacted)~~ | | Return Form No.:<br>1040 |
| | Person with whom examination changes were discussed. | Name and Title: | |

| | Period End<br>12/31/2010 | Period End | Period End |
|---|---|---|---|
| 1. **Adjustments to Income** | | | |
| a. Cancellation of Debt Income | 292,868.00 | | |
| b. Subsitite Payments Income | 1,093.00 | | |
| c. Itemized Deductions | 1,588.00 | | |
| d. Exemptions | 7,300.00 | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | **EXHIBIT A** |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 302,849.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | (17,111.00) | | |
| 4. **Corrected Taxable Income** | 285,738.00 | | |
|    Tax Method | SCHEDULE D | | |
|    Filing Status | Joint | | |
| 5. **Tax** | 65,811.00 | | |
| 6. **Additional Taxes / Alternative Minimum** | 5,905.00 | | |
| 7. **Corrected Tax Liability** | 71,716.00 | | |
| 8. **Less** a. | | | |
|    **Credits** b. | | | |
|             c. | | | |
|             d. | | | |
| 9. **Balance** (Line 7 less total of Lines 8a thru 8d) | 71,716.00 | | |
| 10. Plus a. | | | |
|     Other b. | | | |
|     Taxes c. | | | |
|           d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 71,716.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | | |
| 13. Adjustments to: a. See Attached | (800.00) | | |
|                     b. | | | |
|                     c. | | | |
| 14. **Deficiency-Increase in Tax** or *(Overassessment - Decrease in Tax)*<br>(Line 11 less Line 12 adjusted by Lines 13a through 13c) | 72,516.00 | | |
| 15. Adjustments to Prepayment Credits-Increase *(Decrease)* | | | |
| 16. **Balance Due** or *(Overpayment)* - *(Line 14 adjusted by Line 15)*<br>(Excluding interest and penalties) | 72,516.00 | | |

Catalog Number 23110T                  www.irs.gov                  Form **4549-A** (Rev. 3-2

| Form **4549-A** (Rev. March 2013) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes**<br>*(Unagreed and Excepted Agreed)* | | Page 2 of 2 |
|---|---|---|---|
| Name of Taxpayer<br>PETER & SUSAN SZANTO | | Taxpayer Identification Number | Return Form No.:<br>1040 |

| 17. Penalties/ Code Sections | Period End<br>12/31/2010 | Period End | Period End |
|---|---|---|---|
| a. Delq-IRC 6651(a)(1) | 17,502.76 | | |
| b. Accuracy-IRC 6662 | 14,503.20 | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | 32,005.96 | | |
| Underpayment attributable to negligence: *(1981-1987)*<br>*A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to fraud: *(1981-1987)*<br>*A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | | |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 72,516.00 | | |
| b. Penalties *(Line 18)* - computed to 12/09/2014 | 32,005.96 | | |
| c. Interest *(IRC § 6601)* - computed to 01/08/2015 | 12,229.61 | | |
| d. TMT Interest - computed to 01/08/2015 *(on TMT underpayment)* | 0.00 | | |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 116,751.57 | | |

**Other Information:**

IRC 6404(g) does not apply.

<u>EXHIBIT A</u>

| Examiner's Signature:<br>Name<br>John Reed | Employee ID:<br>0246270 | Office: | Date:<br>12/09/2014 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23110T | www.irs.gov | Form **4549-A** (Rev. 3-2013) |
|---|---|---|

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
SEP 21 2016
LODGED____ REC'D____
PAID____ DOCKETED____

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> Peter Szanto | **DEFENDANTS** Evye Szanto, Victor Szanto, Nicole Szanto, Kimberley Szanto, Mariette Szanto, Anthony Szanto, |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | Austin Bell, John Barlow, Barbara Szanto Alexander |
| **PARTY** (Check One Box Only) <br> ☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor ☒ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Defendants stole plaintiff's identity, to create debt in plaintiff's name. Defendants failure to pay debts created tax liability for plaintiff. 28 USC 1340, 18 USC 1028 , 11 USC 542

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 302,849.00 |
| Other Relief Sought | |

ORIGINAL

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Peter Szanto | BANKRUPTCY CASE NO.<br>16-33185 pcm11 | | |
| DISTRICT IN WHICH CASE IS PENDING OREGON | DIVISION OFFICE<br>Portland | NAME OF JUDGE<br>McKittrick | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE<br>9-20-16 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>PETER SZANTO | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.