| | | |
|---|---|---|
| 12/13/2016 | TUESDAY | Judge Peter C McKittrick |

9:30 AM **16-3114 pcm ap**   **Szanto v. Szanto et al**

16-33185   **Notice of Plaintiff's Unavailability as to the 1/17/2017 Hearing re 23 Motion for Summary Judgment and 28 Rescheduled PreTrial Hearing (33)**

Peter Szanto - pla   xx

David Olsen - multiple def's

Chris Coyle - multiple def's

Evidentiary Hearing:   Yes: ☐   No: ☒

**Def's Motion to strike First Amended Complaint withdrawn.**

**Def has until 1/9/17 ro file response.**

**Hearing scheduled 1/17/17 is off the calendar.**

Order to be prepared by: ☐ Clerk's Office   ☐ Chambers   ☒ Mr Coyle

**OD3 - Dismissal Order**
   #1 _____ Settled _____ (21) days.
   #2 _____ to Prepare Judgement/order _____ (21) days.
   #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
   #1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.
   #2 _____ Planning Conf. by ___-___-___/ No report.
   #3 _____ Discovery can proceed.
   #4 _____ No Planning Conf./Initial disclosures by ___-___-___.
   #5 _____ Discovery limited to _____.

Docket Entry:

Run Date:   12/13/16

Case 16-03114-pcm   Doc 38   Filed 12/13/16