PETER SZANTO 503-610-0865
P.O. Box 4614
Portland OR 97208

# United States Bankruptcy Court

## in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

In Re Peter Szanto, Debtor
=====================

Peter Szanto, Plaintiff

vs.

Evye Szanto, et al,

Defendants

# Adversarial # 16-ap-3114

core case:16–bk-33185-pcm11

## Plaintiff's Emergency Ex-Parte Notice Of Defendants' Obataining ORDER which Deprives This Court of Jurisdiction

**Hearing Date 3-7-17 @ 2:00 PM**
**Judge McKittrick – Courtroom #1**

Comes now plaintiff to apprise this Court of defendants' having obtained an ORDER which deprives this Court of jurisdiction.

16-ap-3114    ~~Response to Motion to Dismiss 2-14-2017~~ 3-7-17 pg. 1

## NOTICE

Defendants' attorneys were apprised that plaintiff would be appearing ex-parte on 3-7-17 at 2PM before Judge McKittrick.

Mr. Henderson was contacted at 1012 a – and stated he objected to any ex-parte hearing. Mr. Olsen was contacted at 1025a and stated he would endeavor to appear by telephone.

## FACTS

In Judge Mc Kitrick's courtroom on 3-7-17, plaintiff was served with a TEMPORARY RESTRAINING ORDER as to this action from the Tahoe Justice Court. [EXHIBIT A]

The Order alleges domestic violence by plaintiff.

However, the only allegations in the claim [EXHIBIT A] relate to Plaintiffs litigation against the defendants. No physical violence is alleged.

However, the ORDER has immediately vacated this Court's jurisdiction over this action [EXHIBIT A, p. 3]

Respectfully,

Dated 3-7-17 _____ Peter Szanto

3-7-17

16-ap-3114   Response to Motion to Dismiss 2-14-2017= pg. 2

| | |
|---|---|
| 1 | Case No. <u>17-PO-0001</u> |

FILED

2017 MAR -6 AM 11: 36

TAHOE TOWNSHIP
JUSTICE COURT

_____
CLERK

IN THE JUSTICE COURT OF TAHOE TOWNSHIP
COUNTY OF DOUGLAS, STATE OF NEVADA

<u>VICTOR SZANTO</u>
<u>EVYE SZANTO          </u>,

        Applicant,

vs.

<u>PETER SZANTO          </u>,
        Adverse Party,

TEMPORARY ORDER
FOR PROTECTION AGAINST
DOMESTIC VIOLENCE

Date Issued: <u>03/06/17</u>

Date Expires: <u>04/06/17</u>

---

**YOU ARE HEREBY NOTIFIED** that any **VIOLATION OF THIS ORDER IS A CRIMINAL VIOLATION** and will result in a misdemeanor offense, unless a more severe penalty is prescribed by law. If the violation is accompanied by a violent physical act, sentence will include incarceration of not less than five days nor more than six months in the county/city jail; $1,000.00 fine or a minimum of 200 hours community service; reimbursement of all costs, fees and medical expenses incurred; and participation in professional counseling.

**YOU ARE FURTHER NOTIFIED** that you **CAN BE ARRESTED** even if the person who obtained the order invites or allows you to contact them. You have the sole responsibility to avoid or refrain from violating the terms of this order. Only the court can change the order upon written application.

**YOU ARE FURTHER NOTIFIED** that if you **ARE ARRESTED FOR VIOLATING THIS ORDER** you will not be admitted to bail sooner than 12 hours after your arrest if the arresting officer determines that the violation is accompanied by a direct or indirect threat of harm.

**YOU ARE FURTHER NOTIFIED** that child stealing is a felony offense, punishable by possible incarceration.

**This order meets all Full Faith and Credit provisions of the Violence Against Women Act and is enforceable in all 50 states, the District of Columbia, U.S. Territories and Indian Nations. All other courts and law enforcement with jurisdiction within the United States and all Indian Nations shall give full faith and credit to this Order pursuant to 18 U.S.C. Sec. 2265.**

Violation of the order may subject you, the offender to federal charges and punishment pursuant to 18 U.S.C. Sec. 2261(a)(1) and (2) and 2262(a)(1) and (2).

---

An application and affidavit having been filed in this Court by the above-named Applicant requesting that a Temporary Protection Order against Domestic Violence be issued by this Court against YOU, the above-named Adverse Party, or the Court having received specific facts by telephone/facsimile pursuant to NRS 33.020(5), and the Court having jurisdiction over the parties and the matter pursuant to NRS 33.010, et seq., and it appearing to the satisfaction of the Court from specific facts shown by a verified application that an act of

-1-

domestic violence has occurred and/or you represent a credible threat to the physical safety of the above-named Applicant or minor child(ren) and good cause appearing for issuing such Order without hearing, **YOU ARE HEREBY ORDERED** as follows:

**YOU ARE PROHIBITED**, either directly or through an agent, from threatening, physically injuring or harassing the above-named Applicant and/or minor child(ren), and from selling, damaging, destroying, giving away, or otherwise disposing of, or tampering with, any property owned by the Applicant, or in which Applicant has an interest;

**BECAUSE THE COURT DETERMINES, Pursuant to NRS 33.030(1)(e), that an emergency exists,**

**YOU ARE PROHIBITED** from any contact whatsoever with the Applicant, including but not limited to, in person, by telephone, through the mail, through electronic mail (e-mail), or through another person;

    1. __X__ **YOU ARE EXCLUDED AND ORDERED** to stay at least 100 yards away from Applicant's residence located in <u>DOUGLAS COUNTY, NEVADA,</u> at   <u>1728 HIGHWAY 50 GLENBROOK</u>, or any other place that Applicant may reside. **YOU** shall not interfere with Applicant's possession and use of residence, including utilities, phones, leases and other related residential services;

    2. __N/A__ A law enforcement officer, within whose jurisdiction Applicant/Adverse Party's residence is located, shall on **ONE OCCASION ONLY** accompany Applicant/Adverse Party's to Applicant/Adverse Party's residence located at     NOT APPLICABLE     and shall stand by while Not Applicable obtains clothing, toiletries and the following additional items:     NOT APPLICABLE    . **ANY PROPERTY NOT LISTED ABOVE IN DISPUTE SHALL REMAIN IN THE RESIDENCE;**

    3. __N/A__ The Court, having jurisdiction under and meeting the requirements of Chapter 125A of the Nevada Revised Statutes (UCCJA), grants to Applicant temporary custody of the following minor child(ren) of the parties:     NOT APPLICABLE    ; **YOU ARE PROHIBITED** from interfering with Applicant's custody of the minor child(ren) named in this paragraph. It is in the best interest of the child(ren) that no negative, insulting, or disparaging comments be made by one party against the other party in the presence of the minor child(ren);

    4. __N/A__ Custody, visitation, and support of the minor child(ren) of the parties shall remain as ordered in the Decree of Divorce/Order entered between the parties in Case Number   NOT APPLICABLE   in the     NOT APPLICABLE     Judicial District Court of the State of Nevada;

Case 16-03114-pcm    Doc 68    Filed 03/07/17

5. __N/A__ **YOU ARE EXCLUDED AND ORDERED** to stay at least 100 yards away from the minor child(ren)'s school, or day care, located in ☐ CONFIDENTIAL, at ☒ Not Applicable, or any other school or day care that the child(ren) may be attending;

6. __X__ **YOU ARE EXCLUDED AND ORDERED** to stay at least 100 yards away from Applicant's place of employment located in __DOUGLAS COUNTY, NEVADA, CONFIDENTIAL__, or any other place that Applicant may be employed. **YOU ARE PROHIBITED** from any contact whatsoever with Applicant's place of employment, in person, by telephone, by mail, or any other means of communication;

7. __N/A__ **YOU ARE EXCLUDED AND ORDERED** to stay at least 100 yards away from the following places, which Applicant and/or minor child(ren) frequents regularly listed as/described as:, located in ☐ CONFIDENTIAL, at ☒ Not Applicable.

8. __X__ The following provisions and exceptions are made a part of the order:
__ADVERSE PARTY MAY NOT INITIATE OR CONTINUE ANY CIVIL COURT ACTION, PROCEEDING, COMPLAINT, APPLICATION, PETITION, MOTION, APPEAL OR REQUEST FOR AFFIRMATIVE RELIEF FROM ANY COURT OR TRIBUNAL IN ANY STATE OR TERRITORY UNLESS ADVERSE PARTY IS REPRESENTED BY AN ATTORNEY LICENSED TO PRACTICE IN SUCH COURT OR TRIBUNAL.__

9. **THIS ORDER WILL REMAIN IN EFFECT UNTIL 11:59 P.M. ON THE DATE SET FORTH ON PAGE 1 UNLESS THE JUDGE ORDERS OTHERWISE.** If an application for an extended order is filed, this temporary order will remain in effect until the hearing on an extended order is held. Further, The Clerk is directed to set this matter upon the Court's calendar for **Thursday, April 6, 2017 at 9:00 A.M.** for this court to consider (a) Applicants' request for an Extended Order of Protection Against Domestic Violence and (b) whether this court should *sua sponte* declare Adverse Party to be a Vexatious Litigant in Nevada.

If you wish to dispute the order or have it changed, you may request a hearing by filing a written request with the court. Court staff will give you information about how to file your request. The court will set a hearing on your request as quickly as possible.

_____ IT IS FURTHER ORDERED that a copy of this Order shall be transmitted forthwith together with the verified application and supporting affidavit, to the Sheriff's Office, or the Constable, who will promptly attempt to

serve the same upon the Adverse Party and upon service file return of service with the Court by the end of the next business day after service is made.

### ORDER TO LAW ENFORCEMENT

(A) Any law enforcement officer who has probable cause to believe a violation of any provision of this Order has occurred is ordered to arrest the Adverse Party. Such party is to be charged with a misdemeanor violation of this Order in addition to any other criminal charges which may be justified.

(B) If such law enforcement officer cannot verify that the Adverse Party was served with a copy of the Application and Order, the officer shall inform the Adverse Party of the specific terms of the Order, inform the Adverse Party that he/she now has notice of the provisions of the Order and that a violation of the Order will result in his/her arrest, and inform the Adverse Party of the location of the court that issued the original order and the hours during which he/she can obtain a copy of the Order. The law enforcement officer shall then provide written proof of notice to his agency and to the Court.

(C) It shall be the duty of the law enforcement officer serving this order to remove the Adverse Party from Applicant's residence as set forth in paragraph 1.

**All fees are deferred.**

Dated this ___6___ day of ___MARCH___, 2017.

_____
Richard Glasson/Judge

Transmitted to the state repository this ___6___ day of ___March___, 2017.

_____
Clerk of the Court

-4-