Below is an Order of the Court.

**The Court has considered the objection of plaintiff to the form of the order set forth below as evidenced by the email attached to Docket No. 79, and the Court having considered the objection, it is HEREBY OVERRULED.**

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>PETER SZANTO,<br><br>                Debtor.<br><br>_____<br><br>PETER SZANTO,<br><br>        Plaintiffs,<br><br>   v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>        Defendants. | Case No. 16-33185-pcm11<br><br>Adv. Proc. No. 16-03114-PCM<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO DISMISS OR ALTERNATIVELY, MOTION TO STRIKE-OUT DEFENDANTS' COUNTERCLAIMS |

THIS MATTER came before the Court on Plaintiff's Motion to Dismiss or Alternatively,

Motion to Strike-out Defendants' Counterclaims [Docket #71] ("Plaintiff's Motion to Dismiss").

Page 1 of 2      ORDER REGARDING PLAINTIFF'S MOTION TO DISMISS OR ALTERNATIVELY, MOTION TO STRIKE-OUT DEFENDANTS' COUNTERCLAIMS

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Plaintiff Peter Szanto ("Plaintiff") appeared *in pro per*, and Defendants Evye Szanto, Victor Szanto, Nicole Szanto, Kimberley Szanto, Mariette Szanto, Anthony Szanto, Austin Bell, John Barlow and Barbara Szanto Alexander ("Defendants") appeared by and through their attorney Nicholas J. Henderson of Motschenbacher & Blattner LLP.

The Court having reviewed the pleadings, having heard the arguments of the parties, and being otherwise duly advised in the premises as follows; now, therefore,

IT IS HEREBY ORDERED as follows:

1.      Plaintiff's Motion to Dismiss is GRANTED IN PART and DENIED IN PART;

2.      Plaintiff's Motion to Dismiss is GRANTED with respect to Defendants' First Counterclaim for Attorney Fees; Defendants' First Counterclaim is dismissed without prejudice.

3.      Plaintiff's Motion to Dismiss is DENIED with respect to Defendants' Second and Third Counterclaims.

4.      Plaintiff's deadline to reply to Defendants' Counterclaims is May 1, 2017.

### 

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order Presented by:
MOTSCHENBACHER & BLATTNER, LLP
/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Attorney for Defendants


**PARTIES TO SERVE**

ECF-registered parties, and the following party requiring notice by US Mail:

Peter Szanto
PO Box 4614
Portland, OR 97208

ORDER REGARDING PLAINTIFF'S MOTION TO DISMISS OR ALTERNATIVELY, MOTION TO STRIKE-OUT DEFENDANTS' COUNTERCLAIMS

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone:  (503) 417-0500
Fax:  (503) 417-0501