```
                          United States Bankruptcy Court
                               District of Oregon
Szanto,
         Plaintiff                                     Adv. Proc. No. 16-03114-pcm
Szanto,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: Admin.            Page 1 of 1              Date Rcvd: Apr 14, 2017
                              Form ID: pdf018         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2017.
```
pla            +Peter Szanto,    POB 4614,    Portland, OR 97208-4614
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Apr 14 2017 23:58:23     US Trustee, Portland,
                 620 SW Main St #213,    Portland, OR 97205-3026
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            +Peter Szanto,    POB 4614,    Portland, OR 97208-4614
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2017 at the address(es) listed below:
```
NONE.                                                                                         TOTAL: 0
```

Below is an Order of the Court.

**The Court has considered the objection of plaintiff to the form of the order set forth below as evidenced by the email attached to Docket No. 79, and the Court having considered the objection, it is HEREBY OVERRULED.**

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>PETER SZANTO,<br><br>        Debtor.<br><br>_____<br><br>PETER SZANTO,<br><br>        Plaintiffs,<br><br>  v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>        Defendants. | Case No. 16-33185-pcm11<br><br>Adv. Proc. No. 16-03114-PCM<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO DISMISS OR ALTERNATIVELY, MOTION TO STRIKE-OUT DEFENDANTS' COUNTERCLAIMS |

THIS MATTER came before the Court on Plaintiff's Motion to Dismiss or Alternatively,

Motion to Strike-out Defendants' Counterclaims [Docket #71] ("Plaintiff's Motion to Dismiss").

Page 1 of 2     ORDER REGARDING PLAINTIFF'S MOTION TO DISMISS OR ALTERNATIVELY, MOTION TO STRIKE-OUT DEFENDANTS' COUNTERCLAIMS

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 16-03114-pcm     Doc 84     Filed 04/16/17

Plaintiff Peter Szanto ("Plaintiff") appeared *in pro per*, and Defendants Evye Szanto, Victor Szanto, Nicole Szanto, Kimberley Szanto, Mariette Szanto, Anthony Szanto, Austin Bell, John Barlow and Barbara Szanto Alexander ("Defendants") appeared by and through their attorney Nicholas J. Henderson of Motschenbacher & Blattner LLP.

The Court having reviewed the pleadings, having heard the arguments of the parties, and being otherwise duly advised in the premises as follows; now, therefore,

IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion to Dismiss is GRANTED IN PART and DENIED IN PART;

2. Plaintiff's Motion to Dismiss is GRANTED with respect to Defendants' First Counterclaim for Attorney Fees; Defendants' First Counterclaim is dismissed without prejudice.

3. Plaintiff's Motion to Dismiss is DENIED with respect to Defendants' Second and Third Counterclaims.

4. Plaintiff's deadline to reply to Defendants' Counterclaims is May 1, 2017.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order Presented by:
MOTSCHENBACHER & BLATTNER, LLP
/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Attorney for Defendants

**PARTIES TO SERVE**

ECF-registered parties, and the following party requiring notice by US Mail:

Peter Szanto
PO Box 4614
Portland, OR 97208

Page 2 of 2     ORDER REGARDING PLAINTIFF'S MOTION TO DISMISS OR ALTERNATIVELY, MOTION TO STRIKE-OUT DEFENDANTS' COUNTERCLAIMS

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 16-03114-pcm    Doc 84    Filed 04/16/17