PETER SZANTO 503-610-0865
P.O. Box 4614
Portland OR 97208

# United States Bankruptcy Court

in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

| | |
|---|---|
| In Re Peter Szanto, Debtor | **Adversarial # 16-ap-3114** |
| ====================== | core case:16–bk-33185-pcm11 |
| Peter Szanto, Plaintiff | |
| vs. | 1. Plaintiff's Notice of Objection and |
| Evye Szanto, et al, | Objection to (DE 82) Amended |
| Defendants | Suggestion of Death |
| | 2. Plaintiff's Notice of Objection and |
| | Objection to (DE 82) Altered and |
| | Void Death Certificate |
| | 3. Affidavit of Peter Szanto in Support |
| | **Hon. Judge McKittrick** |

To the Court and the defendants, **please take notice** plaintiff, herewith and hereby perfects his objection to (DE 82), the amended suggestion of death of John Barlow and the altered death certificate in support thereof.

16-ap-3114      Objection  ==== 4-19-2017– pg. 1

## 1. STATEMENT REGARDING PRE-FILING Conference

On, or about, 4-14-17, plaintiff sent an e-mail to counsel Henderson regarding his concerns about the propriety of the defendants' Suggestion of Death filing. Plaintiff has received no response to those concerns.

## 2. GROUNDS

The most important issue regarding the suggestion of death of any party is that it be accurate. **McKenna v. Pacific Rail Serv., (1994) 32 F.3d 820.** Based on the facts and declaration herein, the suggestion of death of defendant John Barlow is not accurate, because it is based on an altered death certificate which concerns another person who is not the defendant John Barlow.

## 2. FACTS

Defendants have filed an "Amended Suggestion of Death" regarding defendant John Barlow. Defendants' filing is supported only by an altered "Certificate of Death" which by its own terms is made void by the alterations thereon.

16-ap-3114 Objection ==== 4-19-2017– pg. 2

The alterations consist of crossing out crucial information which would provide critical evidence whether the John Barlow named in the death certificate is the same John Barlow who is a defendant herein. There is no valid basis for any of the strike-outs which have made the death certificate void.

### 3. DECLARATION of PETER SZANTO

1. My name is Peter Szanto, I am the plaintiff herein.
2. This is my truthful declaration to which I will attest in open Court.
3. I certify that I have tried to confer with the defendants about the matters herein prior to filing this notice.
4. I have personally met John Barlow, who is defendant herein, on 3 separate occasions.
5. I have personally spoken with John Barlow, who is defendant herein, on 2 other separate occasions by telephone.
6. Based on my ability to perceive and recognize a person's age, by appearance and by voice, I herewith testify that John Barlow who I met, and who I named as a defendant in this action is between 25 and 28 years of age.
7. The John Barlow who is the defendant herein is not the 69 year old person whose death is attested on the altered Death Certificate.

16-ap-3114            Objection  ==== 4-19-2017– pg. 3

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Portland OR

DATED 4/26/17     /s/_____Peter Szanto

## Proof of Service

My name is Susan Bier, I am over 21 years of age and not a party to the within action. My business address is PO Box 4614, Portland OR 97208. On the date indicated below, I personally served the within:

**Notice**

by e-mail to Mr. Olsen and Mr. Henderson at:

nhenderson@portlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Portland OR.

Dated 4-26-2017   /s/ Susan Bier

16-ap-3114            Objection  ==== 4-19-2017– pg. 4