PETER SZANTO 503-610-0865
P.O. Box 4614
Portland OR 97208

# United States Bankruptcy Court

## in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

In Re Peter Szanto, Debtor

======================

Peter Szanto, Plaintiff

vs.

Evye Szanto, et al,

Defendants

## Adversarial # 16-ap-3114

core case: 16–bk–33185-pcm11

Counter-Defendant's Answer

Hon. Judge McKittrick

---

Comes now counter-defendant in answer to counter-plaintiff's claims.

### A. Wrongful Initiation of Civil Proceedings

#### 1. Denials

Counter-defendant, in good faith, generally denies all of the allegations in the "Wrongful Initiation of Civil Proceedings" pleading — including, but not limited to, upon jurisdictional grounds. Certain allegations while appearing to be seemingly true are denied upon the basis that they factually misstate the truth of events.

16-ap-3114            Answer  ==== 4-19-2017– pg. 1

Based on counter-plaintiff's non-specific, vague and ambiguous allusion to "numerous duplicative lawsuits" counter-defendant lacks all knowledge and Information to what counter-plaintiffs refer and thereupon denies any and all such allegations.

Counter-defendant is without information that he "has admitted in the past that the claims he advances in the Amended complaint would be barred by applicable statutes of limitation if the previous lawsuits were dismissed." Counter-defendant is unaware and denies ever having made such a statement. If, in fact, such a statement were made by counter-defendant, counter-defendant mis-spoke or was mis-heard.

Counter-defendant is without sufficient knowledge and information as to which "previous lawsuits" are referenced by counter-plaintiffs and thereupon denies any and all such allegations.

Counter-defendant affirms that all of his claims against the counter-plaintiffs have legal and factual merit.

Counter-defendant affirms that all of his claims against the counter-plaintiffs are brought in the best of good faith.

Counter-defendant denies that all of his claims against the counter-plaintiffs are brought to harass and / or intimidate the defendants.

Counter-defendant denies that he "has recently transitioned his use of meritless litigation to federal district and bankruptcy court."

### 2. Affirmative Defenses

Pursuant to the U.S. Constitution, counter-defendant has done nothing more than exercise his rights to redress his grievances against the counter-plaintiffs.

Counter-plaintiffs actions have intentionally and improperly subjected counter-defendant to extreme financial hardship and physical duress and emotional anguish. All actions taken by counter-defendant were justified because counter-defendant was merely protecting himself from financial hardship and physical duress and emotional anguish and did merely those things allowed by law to protect himself.

## B. Injunction; Vexatious Litigant Designation, etc

### 1. Denials

Counter-defendant specifically denies that he "has engaged in a lengthy and abusive pattern of litigation."

16-ap-3114       Answer  ==== 4-19-2017– pg. 3

Counter-defendant, in good faith, generally denies all of the allegations in the "Wrongful Initiation of Civil Proceedings" pleading — including, but not limited to, upon jurisdictional grounds. Certain allegations while appearing to be seemingly true are denied upon the basis that they factually misstate the truth of events.

Based on counter-plaintiff's non-specific, vague and ambiguous allusion to "numerous duplicative lawsuits" counter-defendant lacks all knowledge and Information to what counter-plaintiffs refer and thereupon denies any and all such allegations.

Counter-defendant is without information that he "has admitted in the past that the claims he advances in the Amended complaint would be barred by applicable statutes of limitation if the previous lawsuits were dismissed." Counter-defendant is unaware and denies ever having made such a statement. If, in fact, such a statement were made by counter-defendant, counter-defendant mis-spoke or was mis-heard.

Counter-defendant is without sufficient knowledge and information as to which "previous lawsuits" are referenced by counter-plaintiffs and thereupon denies any and all such allegations.

Counter-defendant affirms that all of his claims against the counter-plaintiffs have legal and factual merit.

16-ap-3114           Answer  ==== 4-19-2017– pg. 4

Counter-defendant affirms that all of his claims against the counter-plaintiffs are brought in the best of good faith.

Counter-defendant denies that all of his claims against the counter-plaintiffs are brought to harass and / or intimidate the defendants.

Counter-defendant denies that he "has recently transitioned his use of meritless litigation to federal district and bankruptcy court."

### 2. Affirmative Defenses

Pursuant to the affirmation of civil rights in the U.S. Constitution, counter-defendant has done nothing more than exercise his rights to redress his grievances against the counter-plaintiffs.

Counter-plaintiffs actions have intentionally and improperly subjected counter-defendant to extreme financial hardship and physical duress and emotional anguish. All actions taken by counter-defendant were justified because counter-defendant was merely protecting himself from financial hardship and physical duress and emotional anguish and did merely those things allowed by law to protect himself.

DATED 4/26/17     _/s/_____Peter Szanto

16-ap-3114          Answer  ==== 4-19-2017– pg. 5

## Proof of Service

My name is Susan Bier, I am over 21 years of age and not a party to the within action. My business address is PO Box 4614, Portland OR 97208. On the date indicated below, I personally served the within:

**Answer** by e-mail to Mr. Olsen and Mr. Henderson at:

nhenderson@portlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Portland OR.

Dated 4-26-2017 /s/ Susan Bier

16-ap-3114        Answer  ==== 4-19-2017– pg. 6