Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re Peter Szanto<br><br>　　　　　Debtor. | Bankruptcy Case<br>No. 16-33185-pcm11 |
| Peter Szanto<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>　　　　　Defendants. | Adv. Proc. No. 16-ap-3114<br><br>ORDER SETTING DEPOSITION SCHEDULE, AMENDING SCHEDULING ORDER, DOC. 21, SETTING SUMMARY JUDGMENT HEARING AND SETTING FINAL PRETRIAL CONFERENCE |

During the April 6, 2017 status hearing in the above-captioned case, the parties indicated to the court that they were unable to agree on the appropriate time and place for depositions in this case. The court ordered that the parties submit their availability to the court

Page 1 - ORDER SETTING DEPOSITION SCHEDULE, AMENDING SCHEDULING ORDER, SETTING SUMMARY JUDGMENT HEARING AND SETTING FINAL PRETRIAL CONFERENCE

and it would determine the deposition schedule and location.  For the reasons stated herein, pursuant to F. R. Bankr. P. 7030, and in the interest of justice and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Depositions of the named parties in this case will take place as follows:

   A. The depositions of Austin Bell and Kim Szanto Bell will take place on June 6, 2017, beginning at 9 a.m. and ending no later than 5 p.m.  Because plaintiff indicated that he would require between one and three hours per deposition for these parties, each deposition will be limited to no more than three hours.

   B. The depositions of Evye Szanto and Mariette Szanto will take place on June 7, 2017, beginning at 9 a.m. and ending no later than 5 p.m.  Because plaintiff indicated that he would require between one and three hours per deposition for these parties, each deposition will be limited to no more than three hours.

   C. The deposition of Victor Szanto will take place on June 8, 2017, beginning at 9 a.m. and ending no later than 5 p.m.

   D. The deposition of Nicole Szanto will take place on June 12, 2017, beginning at 9 a.m. and ending no later than 5 p.m. Alternatively, at plaintiff's option, he may take this deposition on June 7, 2017 and extend the period for taking depositions to 6 p.m. on that date. Plaintiff will notify defendants' counsel no later than May 19, 2017 whether this deposition will occur on June 7, 2017 or June 12, 2017. Because

Page 2 - ORDER SETTING DEPOSITION SCHEDULE, AMENDING SCHEDULING ORDER, SETTING SUMMARY JUDGMENT HEARING AND SETTING FINAL PRETRIAL CONFERENCE

Case 16-03114-pcm    Doc 99    Filed 05/12/17

plaintiff indicated that he would require between one and three hours per deposition for this party, the deposition will be limited to no more than three hours.

E. The deposition of Anthony Szanto will take place on June 13, 2017, beginning at 9 a.m. and ending no later than 5 p.m.

F. The deposition of Peter Szanto will take place on June 21, 2017, beginning at 9 a.m. and ending no later than 5 p.m.

The deposition of Barbara Szanto Alexander will be scheduled by future order entered by this court.

2. Nothing in this order abrogates or augments the Federal Rules of Civil Procedure governing discovery and made applicable to adversary proceedings through the Federal Rules of Bankruptcy Procedure.

3. Because Plaintiff indicated to the court that he "received a death threat" from one of the defendants and because plaintiff states that a restraining order restraining contact between plaintiff and two of the defendants has been entered by the Justice Court of Tahoe Township in the State of Nevada makes his presence in Nevada impossible, all depositions of the defendants will be taken by video conference. Plaintiff should appear at the office of a court reporter located in Portland, Oregon, the name and address of which will be provided by defendants to plaintiff no later than May 30, 2017, or at another location mutually agreed upon by the parties. The cost of video conferencing is to be borne by defendants. Alternatively, at defendants' option, the depositions may be taken in person at a location outside Nevada to be mutually agreed upon by the parties. Defendants will notify

Page 3 – ORDER SETTING DEPOSITION SCHEDULE, AMENDING SCHEDULING ORDER, SETTING SUMMARY JUDGMENT HEARING AND SETTING FINAL PRETRIAL CONFERENCE

Case 16-03114-pcm    Doc 99    Filed 05/12/17

plaintiff no later than May 19, 2017 if they wish to exercise this option.

4. The deposition of plaintiff will be taken at the United States Bankruptcy Court, 1001 SW 5th Avenue, 7th Floor, Portland, Oregon 97204.

5. As required under F. R. Bankr. P. 7030, making applicable F. R. Civ. P. 30, the noticing party bears the costs of recording.

6. The parties must complete discovery no later than July 31, 2017.

7. Any motions for summary judgment must be filed no later than August 15, 2017.  Any responses must be filed no later than August 29, 2017. Any replies must be filed no later than September 12, 2017.

Unless otherwise ordered by the court, any opposition to the motion, and any reply, must be filed and must comply with Local Bankruptcy Rules 7056-1 and 7007-1.  There will be no further briefing beyond that specified in the rules, or by court order, except upon written motion for leave of the court stating the reasons for the motion, and an order thereon.

Any objections to the admissibility of the contents of supporting documents submitted with the original motion or the opposition brief shall be raised in the opposition and reply briefs, respectively. Objections to the admissibility of the contents of supporting documents submitted with the reply brief shall be made within seven (7) days after the filing of the reply brief.  See Bankruptcy Rule 7056-1; Fed. R. Civ. P. 56 (c).

The parties should not assume that the court will search the record to determine whether there are any issues of fact.  If the party

Page 4 - ORDER SETTING DEPOSITION SCHEDULE, AMENDING SCHEDULING ORDER, SETTING SUMMARY JUDGMENT HEARING AND SETTING FINAL PRETRIAL CONFERENCE

opposing summary judgment asserts that there are questions of fact, it must refer the court to specific portions of the record that support its assertion.

8. A hearing on any motions for summary judgment filed will be held on September 26, 2017 at 9:30 a.m. at the United States Bankruptcy Court, Courtroom #1, 1001 SW 5th Avenue, 7th Floor, Portland, Oregon 97204.

9. Except as amended herein, the Scheduling Order, Doc. 21, entered in this case remains in full force and effect.

10. A final pretrial hearing will be held on October 24, 2017 at 9:30 a.m. at the United States Bankruptcy Court, Courtroom #1, 1001 SW 5th Avenue, 7th Floor, Portland, Oregon 97204.

11. No requests for extension or setover will be granted absent extreme circumstances. Any request for setover or extension must be made in writing, accompanied by a declaration setting out the circumstances compelling an extension or setover.

###

Page 5 – ORDER SETTING DEPOSITION SCHEDULE, AMENDING SCHEDULING ORDER, SETTING SUMMARY JUDGMENT HEARING AND SETTING FINAL PRETRIAL CONFERENCE

Case 16-03114-pcm    Doc 99    Filed 05/12/17