| | | |
|---|---|---|
| 05/18/2017 | THURSDAY | Judge Peter C McKittrick |
| 2:30 PM 16-3114 pcm ap | Szanto v. Szanto et al | |
| 16-33185 | Scheduling Order Hearing Scheduled for 5/18/2017 at 02:30 PM in/by Courtroom #1,Portland on sny Motions to Compel Discover that may be filed. (pjk) (85) | |

Peter Szanto - pla  XX
Barbara Szanto Alexander - dft
Barbara Szanto Alexander - cc
Mariette Szanto - intp
Peter Szanto - cd

**NICK HENDERSON**
**TROY SEXTON**

Evidentiary Hearing:   Yes: ☒ XX   No: ☐

Motions to Compel Granted in part and Denied in part, as stated on the record.

Order to be prepared by:  ☐ Clerk's Office   ☐ Chambers   ☒ xx   Mr Henderson

**OD3 - Dismissal Order**
    #1 _____ Settled _____ (21) days.
    #2 _____ to Prepare Judgement/order _____ (21) days.
    #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
    #1 _____ Planning Conf. by ____-____-____ / Conf. Report by ____-____-____.
    #2 _____ Planning Conf. by ____-____-____/ No report.
    #3 _____ Discovery can proceed.
    #4 _____ No Planning Conf./Initial disclosures by ____-____-____.
    #5 _____ Discovery limited to _____.

Docket Entry: