23 May 2017

from Peter Szanto

Case 16-ap-3114 / core case 16-bk-33185

Hon. Judge Peter C. McKittrick
Bankruptcy Courthouse
Portland OR

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

MAY 24 2017

Subject – ORDER for Signature.

Your Honor –

    At the hearing of 5-18-17, I informed you that defendants had purposefully scheduled a hearing in their parallel Nevada action against me to begin on 6-6-17.

    It is no co-incidence that defendants chose the very day on which depositions in this case are scheduled to begin. Their simultaneous scheduling is a purposeful effort to disrupt the work of this Court.

    As I state in the attached ORDER, your Honor immediately told Mr. Henderson, "you need to tell your clients to change that."

    Mr. Henderson's disagreement with what was said does not explain for what he believes he would have been thanked. However, I am sure the Court realizes that after so much difficulty in deposition scheduling, the Court would have – **and did** – make the forceful statement I have presented in the proposed ORDER.

    <u>**The defendants must be ORDERED not to disrupt the Federal Court depositions with a parallel state court proceeding.**</u>

                  Thank you,

cc: Mr. Henderson by e-mail

===============================================================

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON – Portland Division

| | |
|---|---|
| In re Peter Szanto, | Case No. 3:16-ap-03114 |
| <u>Debtor</u> | Core Case: 3:16-bk-33185-pcm11 |
| Peter Szanto, plaintiff<br><br>vs.<br><br>Evye Szanto, et al, defendants | ORDER AFTER HEARING on DEBTOR and PLAINTIFF'S APPRISING COURT THAT DEFENDANTS, OR SOME OF THEM, HAVE SET NEVADA STATE COURT PROCEEDINGS FOR SAME DAYS AS PREVIOUSLY AGREED TO DEPOSITIONS IN THE CASE HEREIN |

During the course of the hearing of May 18, 2017, Peter Szanto apprised the Court that defendants had intentionally scheduled a hearing in Nevada State Court between the parties for the exact date and time on which the parties had compromised and agreed to hold depositions.

The Court stated to Mr. Henderson; "You need to tell your clients to change that."

## IT IS HEREBY ORDERED that:

Defendants' shall cancel their Nevada State Court hearing regarding their case against Peter Szanto which they have scheduled for June 6, 2017. June 7 and 8 and 12 and 21, 2017 and July 12, 2017 are also deposition dates and defendants may not schedule proceedings in other courts for those days.

###

Presented by: ____/s/____  Peter Szanto, debtor,
P.O. Box 4614, Portland OR 97208
503-610-0865

## Certificate of Service

Pursuant to Local Rule 9021-1(a)(2)(B) the following were served by e-mailed to:

Defendants' counsel Mr. Henderson at

nhenderson@portlaw.com

> Mr. Henderson's response is attached.

My name is Susan Bier, I am over 21 years of age and not a party to the within action. My business address is PO Box 4614, Portland OR 97208. On the date indicated below, I personally served the above as indicated by e-mail, ~~or fax~~:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Portland OR.

Dated 5-22-2017  /s/ Susan Bier

 Peter Szanto Pendleton Oregon Farrier <szanto.pete@gmail.com>

# RE: szanto-pete
1 message

**Nick Henderson** <nhenderson@portlaw.com>  Mon, May 22, 2017 at 6:46 AM
To: Peter Szanto <szanto.pete@gmail.com>
Cc: Chris Sturgeon <csturgeon@portlaw.com>, Troy Sexton <tsexton@portlaw.com>

Mr. Szanto,

The court did not make any such order at the May 18 hearing. The judge thanked me for being proactive about the issue, and he also indicated that the parties need to immediately let him know if there is going to be a problem with the schedule. He did not say anything that could be construed as the order you are trying to present. I object to your proposed order, and you should inform the court of my objection if you file your proposed order.

Nicholas J. Henderson

Motschenbacher & Blattner LLP

117 SW Taylor Street, Suite 200

Portland, OR 97204-3029

Direct Tel: 503-417-0508; Direct Fax: 503-417-0528

nhenderson@portlaw.com

www.portlaw.com

This message is confidential and privileged. If you are not the intended recipient, any use, distribution or copying is prohibited. If received in error, please contact the sender.