Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. |
| PETER SZANTO, ) | 16-33185-pcm11 |
| ) | |
| Debtor. ) | |
| ) | |
| PETER SZANTO, ) | Adversary No. 16-3114-pcm |
| ) | |
| Plaintiff, ) | ORDER RE DEFENDANTS' MOTION TO |
| ) | COMPEL PRODUCTION AND RESPONSES |
| v. ) | TO INTERROGATORIES AND MOTION TO |
| ) | DETERMINE SUFFICIENCY OF |
| EVYE SZANTO, et al., ) | RESPONSES TO REQUESTS FOR |
| PLAINTIFF'S ) | ADMISSION; PLAINTIFF'S MOTION TO |
| Defendants. ) | COMPEL DISCOVERY |

Defendants' Motion to Compel Production and Responses to Interrogatories and Motion to Determine Sufficiency of Responses to Requests for Admission (Docket #90) and Plaintiff's Motion to Compel Discovery (Docket #91) came before the court for hearing on May 18, 2017. Plaintiff appeared pro se; defendants appeared through their counsel,

Page 1 - ORDER RE DEFENDANTS' MOTION TO COMPEL PRODUCTION AND RESPONSES TO INTERROGATORIES AND MOTION TO DETERMINE SUFFICIENCY OF RESPONSES TO REQUESTS FOR ADMISSION; PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Nicholas Henderson.

The court having reviewed the motions, heard the arguments of the parties, and for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED:

1. Defendants' Motion to Compel Production and Responses to Interrogatories is GRANTED as follows:  Plaintiff shall respond to defendants' First Request for Production and First Set of Interrogatories as required by Fed. R. Bankr. P. 7033, Fed. R. Bankr. P. 7034, Fed. R. Civ. P. 33 and Fed. R. Civ. P. 34 no later than May 25, 2017.

2. Defendants' Motion to Determine Sufficiency of Responses to Requests for Admission is DENIED.  Any response by plaintiff to a Request for Admission that objects on the basis of the contra-positive form of the question is deemed to be a denial of the truth of the facts set out in the Request for Admission.

3. Plaintiff's Motion to Compel Discovery is GRANTED as follows:

   A. With respect to plaintiff's Request for Production of Documents, no later than May 25, 2017, defendants shall produce documents in their possession that are responsive to plaintiff's requests as follows:

   i. Request #1: all responsive documents.

   ii. Request #2: all responsive documents to the extent they relate to trusts of Paul and Klara Szanto.

   iii. Request #3: all responsive documents relating to alienation of property titled to Paul or Klara Szanto during 2005 through

Page 2 - ORDER RE DEFENDANTS' MOTION TO COMPEL PRODUCTION AND RESPONSES TO INTERROGATORIES AND MOTION TO DETERMINE SUFFICIENCY OF RESPONSES TO REQUESTS FOR ADMISSION; PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Case 16-03114-pcm    Doc 122    Filed 06/05/17

2009, including any property titled in a trust in which Paul or Klara Szanto had any interest.

  B. With respect to plaintiff's Requests for Interrogatories, no later than May 25, 2017, defendants shall respond to Interrogatories #1, 3, and 5. Responses to Interrogatories #3 and 5 may be limited by work product, attorney-client privilege, and LR 33, made applicable to this adversary proceeding by LBR 7033-1. Response to Interrogatory #5 is also limited to the same extent as the production of documents under Request for Production #3. Defendants are not required to respond to Interrogatories #2 and 4.

4. Except as set out in this order, the motions are otherwise DENIED.

5. The parties' requests for attorney fees are DENIED without prejudice to being renewed if appropriate.

###

cc: Peter Szanto
   Nicholas J. Henderson
   UST

Page 3 - ORDER RE DEFENDANTS' MOTION TO COMPEL PRODUCTION AND RESPONSES TO INTERROGATORIES AND MOTION TO DETERMINE SUFFICIENCY OF RESPONSES TO REQUESTS FOR ADMISSION; PLAINTIFF'S MOTION TO COMPEL DISCOVERY