

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

**PETER C. McKITTRICK**
BANKRUPTCY JUDGE

1001 S.W. FIFTH AVENUE, # 700
PORTLAND, OREGON 97204
(503) 326-1536

DIANE K. BRIDGE
LAW CLERK
BETHANY COLEMAN-FIRE
LAW CLERK
TONIA McCOMBS
LAW CLERK

June 9, 2017

Peter Szanto
POB 4614
Portland, OR 97208

Nicholas Henderson
Motschenbacher & Blattner, LLP
117 SW Taylor Street
Ste 300
Portland, OR 97204

Re: Szanto v. Szanto, Adv. No. 16-3114-pcm
Defendants' Motions for Sanctions

Dear Mr. Szanto and Mr. Henderson:

Yesterday, I received a motion from defendants requesting sanctions for violations of the discovery orders entered in this case. I am currently considering the full scope of defendants' motion. However, part of the relief requested by defendants is that "the Court stay Plaintiff's ability to conduct further discovery until complete compliance occurs." Motion for Sanctions, p. 6. In light of the depositions scheduled to take place in the near future, I write to address this portion of defendants' motion prior to ruling on the balance of the motion.

As I have pointed out in previous correspondence, the discovery scheduling process in this case has been arduous. As a result, this court was required to expend substantial effort in establishing a deposition schedule for the parties. While I am very concerned about allegations contained within defendants' motion, in light of the number of parties involved and the effort required to establish dates for defendants' depositions in this case, the court's order requiring defendants to appear for the scheduled depositions will not be stayed. I will rule on the remaining balance of

Mr. Peter Szanto
Mr. Nicholas Henderson
Re: Discovery Schedule
Page 2
June 9, 2017

defendants' motion after I have received plaintiff's response, if any, or the time to respond as provided by the local bankruptcy rules has elapsed, whichever is sooner.

                              Sincerely,

                              PETER C. MCKITTRICK
                              Bankruptcy Judge