PETER SZANTO 503-610-0865
P.O. Box 4614
Portland OR 97208

2017 JUN 21 PM 1:19 

# United States Bankruptcy Court

in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

In Re Peter Szanto, Debtor

========================

Peter Szanto, Plaintiff

vs.

Evye Szanto, et al,

Defendants

## Adversarial # 16-ap-3114

core case:16–bk-33185-pcm11

Plaintiff's Notice of Motion and

Motion for Protection

**Hon. Judge McKittrick - Courtroom**

---

To the Court and the defendants, **please take notice** plaintiff, herewith makes MOTION for Protection from defendants deposition scheduled in defiance of this Court's ORDER [EXHIBIT A].

## 1. STATEMENT REGARDING PRE-FILING CONFERENCE

The Court, in open Court on 4-6-17, waived the requirement - and the parties are not required to confer prior to the filing of any motion.

16-ap-3114          Motion Extend Time ==== 6-21-2017– pg. 1

## 2. FACTS

This Court issued an ORDER [EXHIBIT A, P. 3, # F] that plaintiff's deposition would occur on 6-21-17 between the hours of 9AM and 5PM.

In contemptuous defiance of this Court's ORDER, defendants have scheduled plaintiff's deposition to continue from day to day until completed [EXHIBIT B, p. 2]

[EXHIBIT B] though dated earlier, was received by plaintiff only on the morning of 6-21-17.

Plaintiff seeks protection from the defendants' direct defiance of this Court's ORDER. Plaintiff also asks sanctions for the abuse of his time in the making of this motion, which would have been wholly unnecessary had defendants complied with this Court's ORDER.

## 3. MEMORANDUM

FRCP 37 allows this Court to protect plaintiff from such clear discovery abuse.

Plaintiff asks an ORDER of protection such that the deposition be limited to the 9AM-5PM time indicated in the ORDER.

16-ap-3114        Motion Extend Time  ==== 6-21-2017– pg. 2

Plaintiff asks sanctions to the extent of deduction 2 hours from the deposition time granted to defendants, such that defendants deposition be conducted from 9AM – 3PM only.

Respectfully,

DATED 6/21, 2017  /s/ _____ Peter Szanto

## Proof of Service

My name is Susan Bier, I am over 21 years of age and not a party to the within action. My business address is PO Box 4614, Portland OR 97208. On the date indicated below, I personally served the within:

**Motion for Protection**

by e-mail to Mr. Olsen and Mr. Henderson at:

nhenderson@portlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Portland OR.

Dated 6-21-2017 /s/ Susan Bier

16-ap-3114            Motion Extend Time  ==== 6-21-2017– pg. 3

Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re Peter Szanto<br><br>Debtor. | Bankruptcy Case<br>No. 16-33185-pcm11 |
| Peter Szanto<br>      Plaintiff,<br>  v.<br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br>      Defendants. | Adv. Proc. No. 16-ap-3114<br><br>ORDER SETTING DEPOSITION SCHEDULE, AMENDING SCHEDULING ORDER, DOC. 21, SETTING SUMMARY JUDGMENT HEARING AND SETTING FINAL PRETRIAL CONFERENCE |

A1

During the April 6, 2017 status hearing in the above-captioned case, the parties indicated to the court that they were unable to agree on the appropriate time and place for depositions in this case. The court ordered that the parties submit their availability to the court

Page 1 - ORDER SETTING DEPOSITION SCHEDULE, AMENDING SCHEDULING ORDER, SETTING SUMMARY JUDGMENT HEARING AND SETTING FINAL PRETRIAL CONFERENCE

and it would determine the deposition schedule and location. For the reasons stated herein, pursuant to F. R. Bankr. P. 7030, and in the interest of justice and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Depositions of the named parties in this case will take place as follows:

   A. The depositions of Austin Bell and Kim Szanto Bell will take place on June 6, 2017, beginning at 9 a.m. and ending no later than 5 p.m. Because plaintiff indicated that he would require between one and three hours per deposition for these parties, each deposition will be limited to no more than three hours.

   B. The depositions of Evye Szanto and Mariette Szanto will take place on June 7, 2017, beginning at 9 a.m. and ending no later than 5 p.m. Because plaintiff indicated that he would require between one and three hours per deposition for these parties, each deposition will be limited to no more than three hours.

   C. The deposition of Victor Szanto will take place on June 8, 2017, beginning at 9 a.m. and ending no later than 5 p.m.

   D. The deposition of Nicole Szanto will take place on June 12, 2017, beginning at 9 a.m. and ending no later than 5 p.m. Alternatively, at plaintiff's option, he may take this deposition on June 7, 2017 and extend the period for taking depositions to 6 p.m. on that date. Plaintiff will notify defendants' counsel no later than May 19, 2017 whether this deposition will occur on June 7, 2017 or June 12, 2017. Because

Page 2 - ORDER SETTING DEPOSITION SCHEDULE, AMENDING SCHEDULING ORDER, SETTING SUMMARY JUDGMENT HEARING AND SETTING FINAL PRETRIAL CONFERENCE

Case 16-03114-pcm    Doc 140    Filed 05/12/17

plaintiff indicated that he would require between one and three hours per deposition for this party, the deposition will be limited to no more than three hours.

E. The deposition of Anthony Szanto will take place on June 13, 2017, beginning at 9 a.m. and ending no later than 5 p.m.

F. The deposition of Peter Szanto will take place on June 21, 2017, beginning at 9 a.m. and ending no later than 5 p.m.

The deposition of Barbara Szanto Alexander will be scheduled by future order entered by this court.

2. Nothing in this order abrogates or augments the Federal Rules of Civil Procedure governing discovery and made applicable to adversary proceedings through the Federal Rules of Bankruptcy Procedure.

3. Because Plaintiff indicated to the court that he "received a death threat" from one of the defendants and because plaintiff states that a restraining order restraining contact between plaintiff and two of the defendants has been entered by the Justice Court of Tahoe Township in the State of Nevada makes his presence in Nevada impossible, all depositions of the defendants will be taken by video conference. Plaintiff should appear at the office of a court reporter located in Portland, Oregon, the name and address of which will be provided by defendants to plaintiff no later than May 30, 2017, or at another location mutually agreed upon by the parties. The cost of video conferencing is to be borne by defendants. Alternatively, at defendants' option, the depositions may be taken in person at a location outside Nevada to be mutually agreed upon by the parties. Defendants will notify

A3

Page 3 - ORDER SETTING DEPOSITION SCHEDULE, AMENDING SCHEDULING ORDER, SETTING SUMMARY JUDGMENT HEARING AND SETTING FINAL PRETRIAL CONFERENCE

Case 16-03114-pcm    Doc 940    Filed 06/21/17

plaintiff no later than May 19, 2017 if they wish to exercise this option.

    4. The deposition of plaintiff will be taken at the United States Bankruptcy Court, 1001 SW 5th Avenue, 7th Floor, Portland, Oregon 97204.

    5. As required under F. R. Bankr. P. 7030, making applicable F. R. Civ. P. 30, the noticing party bears the costs of recording.

    6. The parties must complete discovery no later than July 31, 2017.

    7. Any motions for summary judgment must be filed no later than August 15, 2017. Any responses must be filed no later than August 29, 2017. Any replies must be filed no later than September 12, 2017.

    Unless otherwise ordered by the court, any opposition to the motion, and any reply, must be filed and must comply with Local Bankruptcy Rules 7056-1 and 7007-1. There will be no further briefing beyond that specified in the rules, or by court order, except upon written motion for leave of the court stating the reasons for the motion, and an order thereon.

    Any objections to the admissibility of the contents of supporting documents submitted with the original motion or the opposition brief shall be raised in the opposition and reply briefs, respectively. Objections to the admissibility of the contents of supporting documents submitted with the reply brief shall be made within seven (7) days after the filing of the reply brief. See Bankruptcy Rule 7056-1; Fed. R. Civ. P. 56 (c).

    The parties should not assume that the court will search the record to determine whether there are any issues of fact. If the party

A4

Page 4 - ORDER SETTING DEPOSITION SCHEDULE, AMENDING SCHEDULING ORDER, SETTING SUMMARY JUDGMENT HEARING AND SETTING FINAL PRETRIAL CONFERENCE

opposing summary judgment asserts that there are questions of fact, it must refer the court to specific portions of the record that support its assertion.

8. A hearing on any motions for summary judgment filed will be held on September 26, 2017 at 9:30 a.m. at the United States Bankruptcy Court, Courtroom #1, 1001 SW 5th Avenue, 7th Floor, Portland, Oregon 97204.

9. Except as amended herein, the Scheduling Order, Doc. 21, entered in this case remains in full force and effect.

10. A final pretrial hearing will be held on October 24, 2017 at 9:30 a.m. at the United States Bankruptcy Court, Courtroom #1, 1001 SW 5th Avenue, 7th Floor, Portland, Oregon 97204.

11. No requests for extension or setover will be granted absent extreme circumstances. Any request for setover or extension must be made in writing, accompanied by a declaration setting out the circumstances compelling an extension or setover.

###

A5

Page 5 - ORDER SETTING DEPOSITION SCHEDULE, AMENDING SCHEDULING ORDER, SETTING SUMMARY JUDGMENT HEARING AND SETTING FINAL PRETRIAL CONFERENCE

Nicholas J. Henderson, OSB#074027
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 16-33185-pcm11 |
|---|---|
| PETER SZANTO, | Adv. Proc. No. 16-03114-PCM |
| Debtor. | DEFENDANTS' NOTICE OF DEPOSITION OF PLAINTIFF PETER SZANTO |
| PETER SZANTO, | |
| Plaintiffs, | |
| v. | |
| EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER, | |
| Defendants. | |

To: Plaintiff Peter Szanto
POB 4614
Portland, OR 97208
E-mail: szanto.pete@gmail.com

B1

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 7030 and Federal Rule of Civil Procedure 30, Defendants Evye Szanto, Victor Szanto, Nicole Szanto, Kimberley Szanto, Mariette Szanto, Anthony Szanto, Austin Bell, John Barlow, and Barbara Szanto Alexander (collectively referred to as "Defendants"), by and through their attorney, Nicholas J. Henderson, will take the deposition upon oral examination of Plaintiff Peter Szanto, at the U.S. Bankruptcy Court, 1001 SW Fifth Avenue, 7th Floor, Portland, OR 97204, on Wednesday, June 21, 2017, commencing at 9:00 a.m., <u>and continuing from day to day until completed.</u> ← Defendants intend to cause the proceedings to be recorded stenographically and by videographer.

Defendants will utilize the court reporting services of Beovich, Walter & Friend for this deposition. Their contact information is 1001 SW Fifth Avenue #1200, Portland, OR 97204, (503) 228-7201.

DATED this 26th day of May, 2017.

MOTSCHENBACHER & BLATTNER LLP

_____
Nicholas J. Henderson, OSB #074027
Attorney for Defendants

B2

Page 2 – DEFENDANTS' NOTICE OF DEPOSITION OF PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I served the foregoing DEFENDANTS' NOTICE OF DEPOSITION OF PLAINTIFF PETER SZANTO on the following by both first class mail, postage prepaid, and by e-mail with the consent of the party:

Peter Szanto
POB 4614
Portland, OR 97208
E-mail: szanto.pete@gmail.com

                          MOTSCHENBACHER & BLATTNER, LLP

                          _____
                          Christopher Sturgeon, Legal Assistant
                          Motschenbacher & Blattner LLP
                          Attorneys for Defendants

B3