Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br>PETER SZANTO<br>        Debtor. | Bankruptcy Case<br>No. 16-33185-pcm11 |
| PETER SZANTO<br>        Plaintiff,<br>   v.<br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW and BARBARA SZANTO ALEXANDER<br>        Defendants. | Adv. Proc. No. 16-3114<br><br>ORDER ON DEFENDANTS' MOTION FOR SANCTIONS (Doc. 125) |

Defendants filed a Motion for Sanctions (Doc. 125) which was addressed by the court in the hearing held in the above-captioned case on June 29, 2017. For the reasons stated on the record and in the interest of justice and good cause appearing therefor,

IT IS HEREBY ORDERED:

Page 1 - ORDER ON DEFENDANTS' MOTION FOR SANCTIONS (Doc. 125)

1. Plaintiff shall produce all documents responsive to Defendants' First Request for Production on or before July 11, 2017.
2. Plaintiff's objection that Defendants' First Set of Interrogatories to Plaintiff Peter Szanto contains discrete subparts is overruled, except with regard to Interrogatory #6. Interrogatory #6 contains five discrete subparts, with each part counting toward the total number of interrogatories allowable under the Fed. R. Civ. P.
3. The total number of interrogatories allowed for Defendants is hereby increased to 27 to account for the number of discrete subparts presented by Interrogatory #6.
4. Plaintiff's objection that Interrogatory #3 is overbroad is sustained. Plaintiff's obligation to respond to Interrogatory #3 is limited to the time period from January 1, 2000 to present and further limited to only require plaintiff to respond regarding all legal actions involving plaintiff and any of defendants, entities associated with defendants or defendants' agents.
5. Defendants are awarded their fees and costs related to the Motion for Sanctions. Defendants shall file documentation of their fees and costs by declaration by July 13, 2017. Plaintiff shall file his objections, if any, by August 1, 2017.

###

cc: Peter Szanto
Troy Sexton
UST