```
                          United States Bankruptcy Court
                                District of Oregon
Szanto,
         Plaintiff                                        Adv. Proc. No. 16-03114-pcm
Szanto,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: Admin.              Page 1 of 1              Date Rcvd: Aug 14, 2017
                              Form ID: pdf018           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
pla            +Peter Szanto,   POB 4614,    Portland, OR 97208-4614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Aug 15 2017 00:19:51     US Trustee, Portland,
                 620 SW Main St #213,   Portland, OR 97205-3026
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            +Peter Szanto,   POB 4614,   Portland, OR 97208-4614
cc*            +Peter Szanto,   POB 4614,   Portland, OR 97208-4614
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                      Signature:  /s/Joseph Speetjens 

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2017 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br>PETER SZANTO,<br>　　　　Debtor. | Bankruptcy Case No.16-33185-pcm11 |
| PETER SZANTO,<br>　　　　Plaintiff,<br>　v.<br>EVYE SZANTO, et al.,<br>　　　　Defendants. | Adversary No. 16-3114-pcm<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS DEFENDANT JOHN BARLOW (DOC. 168) |

　　Defendants' filed a Motion to Dismiss Defendant John Barlow Pursuant to Fed. R. Civ. P. 25(a)(1). Docket # 168. Plaintiff filed no response within the 14-day response period. See LBR 7007-1. Having reviewed the record in this case and in the interest of justice and good cause appearing therefor,

　　IT IS HEREBY ORDERED that plaintiff's motion to dismiss John Barlow is GRANTED.

　　　　　　　　　　　　　　　###

Page 1 - ORDER GRANTING DEFENDANTS' MOTION TO DISMISS DEFENDANT JOHN BARLOW (DOC. 168)