Szanto,

    Plaintiff                                          Adv. Proc. No. 16-03114-pcm

Szanto,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0979-3        User: Admin.             Page 1 of 1           Date Rcvd: Aug 14, 2017
                             Form ID: pdf018        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
pla         +Peter Szanto,    POB 4614,    Portland, OR 97208-4614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Aug 15 2017 00:19:51    US Trustee, Portland,
            620 SW Main St #213,    Portland, OR 97205-3026
                                                                    TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*         +Peter Szanto,    POB 4614,    Portland, OR 97208-4614
cc*         +Peter Szanto,    POB 4614,    Portland, OR 97208-4614
                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2017 at the address(es) listed below:
NONE.                                                       TOTAL: 0

Below is an Order of the Court.

1

2

3

4

5

6
PETER C. McKITTRICK
U.S. Bankruptcy Judge

7

8

9                    UNITED STATES BANKRUPTCY COURT

10                     FOR THE DISTRICT OF OREGON

11  In Re:                        )
                                  )  Bankruptcy Case No.
12  PETER SZANTO,                 )  16-33185-pcm11
                                  )
13                  Debtor.       )
    _____)
14  PETER SZANTO,                 )  Adversary No. 16-3114-pcm
                                  )
15                  Plaintiff,    )  ORDER RE WAIVER OF PREFILING
                                  )  CONFERENCE CERTIFICATION
16        v.                      )
                                  )
17  EVYE SZANTO, et al.,          )
                                  )
18                  Defendants.   )
19  _____)

20      Earlier in the life of this adversary proceeding, the court relieved

21  the parties from the requirement of Local Bankruptcy Rule 7007-1(a) that

22  parties make a good-faith effort to resolve disputes before filing a

23  motion, and imposing certain reporting requirements.  Because the issue

24  of compliance with Rule 7007-1(a) arose in the context of discovery, and

25  the discovery deadline in this adversary proceeding has now passed, with

26  a limited exception,

Page 1 -   ORDER RE WAIVER OF PREFILING CONFERENCE CERTIFICATION

1    IT IS HEREBY ORDERED that, as of the date of entry of this order,

2 the parties are required to comply with LBR 7007-1(a) in the filing of

3 all future motions.  The parties are not required to confer through any

4 particular means, but they must confer or make a good-faith attempt to

5 confer and make the certification required in LBR 7007-1(a)(1).

6                                    ###

7 cc:  Peter Szanto
       Nicholas J. Henderson
8      UST

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -  ORDER RE WAIVER OF PREFILING CONFERENCE CERTIFICATION