

ATTORNEYS SERVING PRIVATELY HELD BUSINESSES AND THEIR OWNERS

# MOTSCHENBACHER & BLATTNER LLP

117 SW TAYLOR STREET, SUITE 300, PORTLAND, OR 97204-3029   PHONE 503-417-0500   FAX 503-417-0501

Troy G. Sexton
Admitted in Oregon and Washington
Direct: 503-417-0517
tsexton@portlaw.com
www.portlaw.com

August 17, 2017

FILED VIA CM/ECF

Hon. Peter C. McKittrick
U.S. Bankruptcy Court – District of Oregon
1001 SW 5th Ave., Suite 700
Portland, OR 97204

    Re:    *In re: Szanto v. Szanto, et al.*
             Adversary Proc. No. 16-3114-pcm

Dear Judge McKittrick:

    Today I have uploaded a proposed form of order to memorialize the rulings made at the hearing held on August 9, 2017. Attached as Exhibit A to this letter is a copy of the proposed order uploaded today (the "Proposed Order").

    Prior to uploading the proposed order, I circulated it to the Plaintiff. **Plaintiff Peter Szanto timely objected to the proposed form of order by sending to Mr. Henderson the email that is attached hereto as Exhibit B.** My response to Mr. Szanto is attached hereto as Exhibit C.

    Regarding the content of the Proposed Order, Mr. Szanto has noted his objection, which is contained in the attached Exhibit B. I am providing Mr. Szanto's complete objection, rather than paraphrasing those concerns, so that I cannot rightfully be accused of surreptitiously submitting the Proposed Order for the Court's signature without noting *all* of Plaintiff's objections.

    I've reviewed the audio recording from the August 9th hearing, and I believe the provisions of the Proposed Order accurately reflects the Court's rulings.

    As always, thank you for your time and consideration.

                          Very truly yours,

                          MOTSCHENBACHER & BLATTNER LLP

                          /S/ TROY G. SEXTON

                          Troy G. Sexton

Enclosure
cc:    Peter Szanto (via simultaneous e-mail only)
        David Olsen (via simultaneous e-mail only)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>PETER SZANTO,<br><br>　　　　　Debtor. | Case No. 16-33185-pcm11 |
| PETER SZANTO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>　　　　　Defendants. | Adv. Proc. No. 16-03114-PCM<br><br>ORDER REGARDING:<br><br>1) PLAINTIFF'S THIRD MOTION TO COMPEL [Dkt No. 169];<br><br>2) PLAINTIFF'S MOTION TO EXTEND DISCOVERY BEYOND 7-31-17 [Dkt No. 171];<br><br>3) DEFENDANTS' MOTION FOR LIMITED EXTENSION OF DISCOVERY CUTOFF DEADLINE [Dkt. No. 172]; AND<br><br>4) DEFENDANTS' MOTION FOR PROTECTIVE ORDER [Dkt. No. 173] |

Page 1 of 4　　ORDER

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Exhibit A - Page 1 of 4

Case 16-03114-pcm　　Doc 204　　Filed 08/17/17

THIS MATTER came before the Court on Plaintiff's Third Motion for Order Compelling Compliance with Discovery and an Order Awarding Costs and Sanctions and Request to Consider Entering Judgment Against Defendants [Dkt. No. 169] (hereinafter referred to as "Plaintiff's Third Motion to Compel"), on Plaintiff's Notice of Motion and Motion to Extend Discovery Beyond 7-31-17 [Dkt. #171] (hereinafter referred to as "Plaintiff's Motion to Extend Discovery Cutoff"), on Defendants' Motion for Limited Extension of Discovery Cutoff Deadline [Dkt #172] (hereinafter referred to "Defendants' Motion to Extend Discovery Cutoff"), and on Defendants' Motion for Protective Order [Dkt. #173]. Plaintiff Peter Szanto ("Plaintiff") appeared *in pro per*, and Defendants Evye Szanto, Victor Szanto, Nicole Szanto, Kimberley Szanto, Mariette Szanto, Anthony Szanto, Austin Bell, John Barlow and Barbara Szanto Alexander ("Defendants") appeared by and through their attorney Nicholas J. Henderson of Motschenbacher & Blattner LLP.

The Court having reviewed the pleadings, having heard the arguments of the parties, and being otherwise duly advised in the premises as follows; now, therefore,

IT IS HEREBY ORDERED as follows:

1. The Defendants' Motion for Protective Order is GRANTED for the reasons stated on the record;

2. The Plaintiff's Motion to Extend Discovery Cutoff is DENIED for the reasons stated on the record;

3. The Defendants' Motion to Extend Discovery Cutoff is GRANTED. The Discovery Completion Deadline shall be extended to September 11, 2017, for the limited purpose of deposing Susan Szanto;

/ / / / /

Page 2 of 4     ORDER

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Exhibit A - Page 2 of 4
Case 16-03114-pcm    Doc 204    Filed 08/17/17

4. Regarding the Plaintiff's Third Motion to Compel:

   a. On or before August 19, the Defendants shall produce documents in their possession, custody or control that 1) substantiate attorney's fees they believe are damages caused by Plaintiff, and/or 2) substantiate emotional damages they allege were caused by Plaintiff;

   b. On or before August 19, 2017, Defendants' Counsel shall submit a declaration stating that he has consulted with each Defendant regarding documents required to be produced pursuant to Section 4.a. of this Order, and that each Defendant asserts that he/she has produced all such documents in their possession, custody or control;

   c. On or before August 19, 2017, Defendants shall submit an amended response to Plaintiff's Discovery Demand for Defendants to Produce and Number Documents – Request 6, to identify the Bates-numbers of documents previously produced to the Plaintiff; and

   d. The Plaintiff's Third Motion to Compel is DENIED in all other respects. Neither party is awarded fees or costs at this time. However, if Defendants file a motion for sanctions against Plaintiff in the future, the Court will examine whether Plaintiff is entitled to a setoff for any costs he incurred with respect to the Third Motion to Compel.

5. Defendants may file a separate motion to compel the Plaintiff to consent to Google disclosing emails between the Plaintiff and the Defendants' attorneys.

6. The Plaintiff shall have until August 18, 2017, to file a Motion to Compel related to the Defendants' responses to the Plaintiff's Request For Production of Documents 7. If the

Page 3 of 4    ORDER

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Exhibit A - Page 3 of 4

Case 16-03114-pcm    Doc 204    Filed 08/17/17

Plaintiff chooses to file such a Motion and if the Court finds that the Motion was not

substantially justified, then the Court shall award the Defendants their Attorney's fees incurred

as a result of the Motion.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order Presented by:
MOTSCHENBACHER & BLATTNER, LLP
/s/ Troy G. Sexton
Troy G. Sexton, OSB #115184
Telephone: 503-417-0500
E-mail: tsexton@portlaw.com
Attorney for Defendants

### PARTIES TO SERVE

ECF-registered parties, and the following party requiring notice by US Mail:

Peter Szanto
PO Box 4614
Portland, OR 97208

Page 4 of 4    ORDER

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Exhibit A - Page 4 of 4
Case 16-03114-pcm    Doc 204    Filed 08/17/17

From Peter Szanto

8-15-2017


Mr. Henderson -


I respond herewith to your proposed order from the hearing on 8-9-2017.


Item 4.c. The Court ORDERED you to review your previous responses regarding
     document production. For every discovery response where you state
     that you had previously produced a document, you are to identify
     the document to which you are referring. The Bates-number identification
     is something you fabricated. You are to identify the question regarding
     document production, and then identify the document in words, not
     merely by number.


/s/ Peter Szanto

# Chris Sturgeon

| | |
|---|---|
| **From:** | Troy Sexton |
| **Sent:** | Thursday, August 17, 2017 10:54 AM |
| **To:** | 'szanto.pete@gmail.com' |
| **Cc:** | Nick Henderson; Chris Sturgeon |
| **Subject:** | Your Order Objection |

Mr. Szanto,

I have reviewed your objection to the proposed order from the August 9 hearing.

The Court ordered the Defendants to identify the responsive documents, but the court didn't specify the methodology to be used. The universal standard in litigation is to use sequential arbitrary numbers to identify documents, typically called bates numbers. Bates numbers eliminate confusion over what exact document is being referred to, and to use descriptive language, as you have suggested, is to invite confusion which would not lead to the prompt resolution of this case.

Thank you for your objection. Because I believe that the order is accurate and reduces potential confusion, I will upload it as I initially circulated it to you.



Troy G. Sexton – Attorney
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR  97204-3029
Tel: 503-417-0517; Fax: 503-417-0527
tsexton@portlaw.com
www.portlaw.com

This message is confidential and privileged.  If you are not the intended recipient, do not use, distribute or copy this message. Please contact me if that is the case.