**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
**Troy G. Sexton, OSB #115184**
tsexton@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>PETER SZANTO,<br><br>            Debtor.<br><br>―――――――――――――――<br><br>PETER SZANTO,<br><br>        Plaintiffs,<br><br>   v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>        Defendants. | Case No. 16-33185-pcm11<br><br>Adv. Proc. No. 16-03114-PCM<br><br>DECLARATION OF NICHOLAS J. HENDERSON REGARDING DEFENDANTS' PRODUCTION OF DOCUMENTS |

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

I, Nicholas J. Henderson, hereby declare the following under penalty of perjury:

1.  I am one of the attorneys for the Defendants in the above captioned case.

2.  I am over the age of 18, and I have personal knowledge of the facts stated in this declaration, and would testify to the same if called to do so.

3.  I have consulted with each Defendant regarding documents they are required to produce that 1) substantiate attorney's fees they believe are damages caused by Plaintiff, and/or 2) substantiate emotional damages they allege were caused by Plaintiff.

4.  Each Defendant asserts that he/she has produced all such documents in their possession, custody or control.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED August 18, 2017.


/s/ Nicholas J. Henderson_____
Nicholas J. Henderson

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I served the foregoing DECLARATION OF

NICHOLAS J. HENDERSON REGARDING PRODUCTION OF DOCUMENTS on the

following by mailing first class, postage prepaid:

Peter Szanto
POB 4614
Portland OR 97208

And BY EMAIL TO:

szanto.pete@gmail.com

THE FOLLOWING WERE SERVED ELECTRONICALLY THROUGH ECF/PACER:

- DAVID OLSEN   lawofficeofolsen@gmail.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

MOTSCHENBACHER & BLATTNER, LLP

/s/ Christopher Sturgeon
Christopher Sturgeon, Legal Assistant
Motschenbacher & Blattner LLP
Of Attorneys for Defendants