**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
**Troy G. Sexton, OSB #115184**
tsexton@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: <br><br> PETER SZANTO, <br><br> Debtor. <br><br> ─────────────────────────── <br><br> PETER SZANTO, <br><br> Plaintiffs, <br><br> v. <br><br> EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER, <br><br> Defendants. | Case No. 16-33185-pcm11 <br><br> Adv. Proc. No. 16-03114-PCM <br><br> AMENDED CERTIFICATE OF SERVICE REGARDING DECLARATION OF TROY SEXTON IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO QUASH SUBPOENA |

Page 1 – AMENDED CERTIFICATE OF SERVICE

# AMENDED CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2017, I served the foregoing DECLARATION OF TROY SEXTON IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO QUASH SUBPOENA on the following by mailing first class, postage prepaid:

    Peter Szanto
    POB 4614
    Portland OR 97208

And BY EMAIL TO:

szanto.pete@gmail.com

THE FOLLOWING WERE SERVED ELECTRONICALLY THROUGH ECF/PACER:

- DAVID OLSEN   lawofficeofolsen@gmail.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

    MOTSCHENBACHER & BLATTNER, LLP

    /s/ Christopher Sturgeon
    Christopher Sturgeon, Legal Assistant
    Motschenbacher & Blattner LLP
    Of Attorneys for Defendants