```
                         United States Bankruptcy Court
                              District of Oregon
Szanto,
         Plaintiff                                        Adv. Proc. No. 16-03114-pcm
Szanto,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: Admin.             Page 1 of 1              Date Rcvd: Aug 23, 2017
                              Form ID: pdf018          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.
pla        +Peter Szanto,   POB 4614,   Portland, OR 97208-4614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Aug 24 2017 00:18:02      US Trustee, Portland,
              620 SW Main St #213,   Portland, OR 97205-3026
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*         +Peter Szanto,   POB 4614,   Portland, OR 97208-4614
cc*         +Peter Szanto,   POB 4614,   Portland, OR 97208-4614
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

Below is an Order of the Court.

```
                                    _____
                                           PETER C. McKITTRICK
                                           U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>PETER SZANTO,<br><br>        Debtor. | Bankruptcy Case<br>No. 16-33185-pcm11 |
| PETER SZANTO,<br><br>        Plaintiff,<br><br>  v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>        Defendants. | Adv. Proc. No. 16-3114-pcm<br><br>ORDER GRANTING DEFENDANTS' SECOND EMERGENCY MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT |

    This matter having come before the Court on Defendants' Second Emergency Motion for Extension of Deadline to File Motion for Summary Judgment (the "Motion"). Having reviewed the record in this case and in the interest of justice and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Motion is granted.

1. The briefing schedule for motions for summary judgment will be as

Page 1 - ORDER GRANTING DEFENDANTS' SECOND EMERGENCY MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT

follows:

   a. The deadline for defendants to file any motion for summary judgment is extended to August 25, 2017.

   b. The deadline for plaintiff to file a response, if any, to defendants' motion for summary judgment is extended to September 8, 2017.

   c. The deadline for defendants to file a response, if any, to plaintiff's motion for summary judgment remains September 5, 2017.

   d. The deadline for the parties to file a reply in support of their motions for summary judgment, if any, remains September 19, 2017.

2. A hearing on the motions for summary judgment filed will be held on October 4, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom #1, 1001 SW 5th Avenue, 7th Floor, Portland, Oregon 97204.

###

cc: Peter Szanto
    Nicholas J. Henderson
    UST

Page 2 - ORDER GRANTING DEFENDANTS' SECOND EMERGENCY MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT