```
                    United States Bankruptcy Court
                         District of Oregon

Szanto,
         Plaintiff                              Adv. Proc. No. 16-03114-pcm

Szanto,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0979-3        User: Admin.         Page 1 of 1         Date Rcvd: Aug 24, 2017
                            Form ID: pdf018      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
pla            +Peter Szanto,   POB 4614,   Portland, OR 97208-4614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Aug 25 2017 00:20:41     US Trustee, Portland,
                620 SW Main St #213,   Portland, OR 97205-3026
                                                                                TOTAL: 1


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            +Peter Szanto,   POB 4614,   Portland, OR 97208-4614
cc*            +Peter Szanto,   POB 4614,   Portland, OR 97208-4614
                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
NONE.                                                                    TOTAL: 0
```

Below is an Order of the Court.

1

2

3

4

5

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

6

7

8                        UNITED STATES BANKRUPTCY COURT

9                         FOR THE DISTRICT OF OREGON

| | |
|---|---|
| 10   In Re: | Bankruptcy Case No.16-33185-pcm11 |
| 11   PETER SZANTO, | |
| 12              Debtor. | |
| 13   PETER SZANTO, | Adversary No. 16-3114-pcm |
| 14              Plaintiff, | ORDER GRANTING PRECAUTIONARY |
| 15        v. | MOTION FOR AUTHORIZATION TO APPEAR BY TELEPHONE AT DEPOSITION OF |
| 16   EVYE SZANTO, et al., | SUSAN SZANTO (DOC. 211) |
| 17              Defendants. | |

18

19      The court has reviewed defendants' Precautionary Motion for

20   Authorization to Appear by Telephone at Deposition of Susan Szanto

21   (Doc. 211).  Pursuant to Fed. R. Civ. P. 30(b)(4), and having reviewed

22   the record in this case and in the interest of justice and good cause

23   appearing therefor,

24   ///

25   ///

26   ///

Page 1 – ORDER GRANTING PRECAUTIONARY MOTION FOR AUTHORIZATION TO APPEAR
BY TELEPHONE AT DEPOSITION OF SUSAN SZANTO (DOC. 211)

1    IT IS HEREBY ORDERED that defendants' Precautionary Motion for

2 Authorization to Appear by Telephone at Deposition of Susan Szanto is

3 GRANTED.

4                                                    ###

cc:  Peter Szanto
5      Nick Henderson
       UST
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 – ORDER GRANTING PRECAUTIONARY MOTION FOR AUTHORIZATION TO APPEAR
BY TELEPHONE AT DEPOSITION OF SUSAN SZANTO (DOC. 211)