Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>PETER SZANTO,<br><br>    Debtor. | Bankruptcy Case<br>No. 16-33185-pcm11 |
| PETER SZANTO,<br><br>    Plaintiff,<br><br> v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>    Defendants. | Adv. Proc. No. 16-3114-pcm<br><br>ORDER ON PLAINTIFF'S MOTION TO PROHIBIT EVIDENTIARY USE OF PETER SZANTO'S DEPOSITION (DOC. 223) |

  Plaintiff Peter Szanto has filed a Motion to Prohibit Evidentiary Use of Peter Szanto's Deposition (the Motion). Doc. No. 223. In order to provide defendants an opportunity to respond to plaintiff's motion and to maintain the summary judgment schedule as previously set out in this court's orders,

///

Page 1 - ORDER ON PLAINTIFF'S MOTION TO PROHIBIT EVIDENTIARY USE OF PETER SZANTO'S DEPOSITION (DOC. 223)

IT IS HEREBY ORDERED the court will consider plaintiff's motion at the same time it considers the parties' motions for summary judgment.

### 

Cc: Mr. Szanto
    Mr. Henderson
    UST