```
                           United States Bankruptcy Court
                                District of Oregon
Szanto,
         Plaintiff                                        Adv. Proc. No. 16-03114-pcm
Szanto,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: Admin.            Page 1 of 1           Date Rcvd: Aug 31, 2017
                              Form ID: pdf018         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
```
pla            +Peter Szanto,    POB 4614,    Portland, OR 97208-4614
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Sep 01 2017 01:19:31      US Trustee, Portland,
                 620 SW Main St #213,    Portland, OR 97205-3026
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            +Peter Szanto,    POB 4614,    Portland, OR 97208-4614
cc*            +Peter Szanto,    POB 4614,    Portland, OR 97208-4614
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

DISTRICT OF OREGON
**F I L E D**
August 31, 2017
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>PETER SZANTO,<br><br>        Debtor.<br><br>PETER SZANTO,<br><br>        Plaintiff,<br><br>  v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>        Defendants. | Bankruptcy Case<br>No. 16-33185-pcm11<br><br>Adv. Proc. No. 16-3114-pcm<br><br>ORDER ON PLAINTIFF'S MOTION TO PROHIBIT EVIDENTIARY USE OF PETER SZANTO'S DEPOSITION (DOC. 223) |

Plaintiff Peter Szanto has filed a Motion to Prohibit Evidentiary Use of Peter Szanto's Deposition (the Motion). Doc. No. 223. In order to provide defendants an opportunity to respond to plaintiff's motion and to maintain the summary judgment schedule as previously set out in this court's orders,

///

Page 1 - ORDER ON PLAINTIFF'S MOTION TO PROHIBIT EVIDENTIARY USE OF PETER SZANTO'S DEPOSITION (DOC. 223)

IT IS HEREBY ORDERED the court will consider plaintiff's motion at the same time it considers the parties' motions for summary judgment.

### 

Cc: Mr. Szanto
    Mr. Henderson
    UST