| | | | |
|---|---|---|---|
| | UNITED STATES BANKRUPTCY COURT<br>District of Oregon | | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |

In re
**Peter Szanto**
    Debtor(s)

**Peter Szanto**
    Plaintiff(s)

    v.

**Evye Szanto**
  et al.
    Defendant(s)

Case No. 16–33185–pcm11

Adv. Proc. No. 16–03114–pcm

NOTICE RE FILING
OF NOTICE OF APPEAL AND
MOTION FOR LEAVE TO APPEAL

September 7, 2017

Clerk, U.S. Bankruptcy Court

BY **cmr** DEPUTY

**NOTICE IS GIVEN** that a Notice of Appeal and a Motion for Leave to Appeal were filed by **Peter Szanto** with the Clerk of the Bankruptcy Court, and forwarded to the Bankruptcy Appellate Panel (BAP) on **9/7/2017**.

An adverse party has fourteen (14) days after service of the motion to file a response in opposition or a cross–motion with the Clerk of the BAP.

Appellant did not file an election to have the U.S. District Court hear the appeal. Therefore, pursuant to Local Rule (LR) 2200–1 of the U.S. District Court for the District of Oregon, the appeal will be determined by the U.S. Bankruptcy Appellate Panel of the Ninth Circuit (BAP), 125 S. Grand Avenue, Pasadena, CA 91005, telephone number 626–229–7275, unless a timely, separate election to have the case heard by the U.S. District Court is filed by any party other than the appellant.

To elect to have the case heard by the U.S. District Court, a party, other than the appellant, must do so in writing within 30 days from the "Filed" date above. Official Form 417B, Optional Appellee Statement of Election to Proceed in District Court, may be used for this purpose. The election must be filed with the Clerk of the U.S. Bankruptcy Court along with an attached certification that copies were served upon all parties to the appeal.

The time limits for filing the Statement of Issues and ordering of transcripts are stayed until the court has (1) denied leave to appeal, in which case the appeal will be closed; or (2) granted leave to appeal, in which case the parties will be notified of this decision and the resulting appellate time schedule.

                                                                               Clerk, U.S. Bankruptcy Court