| | | |
|---|---|---|
| 09/12/2017 | TUESDAY | Judge Peter C McKittrick |
| 9:45 AM 16-3114 pcm ap | Szanto v. Szanto et al | |
| 16-33185 | Status Hearing re Scheduling | |

Peter Szanto - pla   xx

N Henderson - Def's

Evidentiary Hearing:     Yes: ☐     No: ☒

**New schedule for Motion for Summary Judgment**

**Response to Def's SJ Motion due 9/18/17**

**Pla's & Def's replies due 10/2/17**

**Hearing on Summary Judgement Motions to be held on 10/24/17**

**Trial - 12/4 through 12/7.**

**Parties to advise the court by end of business on 9/12 if dates don't work. The court will prepare Amended Scheduling Order.**

Order to be prepared by:  ☐ Clerk's Office   ☒ Chambers  ☐ _____

**OD3 - Dismissal Order**
   #1 _____ Settled _____ (21) days.
   #2 _____ to Prepare Judgement/order _____ (21) days.
   #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
   #1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.
   #2 _____ Planning Conf. by ___-___-___/ No report.
   #3 _____ Discovery can proceed.
   #4 _____ No Planning Conf./Initial disclosures by ___-___-___.
   #5 _____ Discovery limited to _____.

Docket Entry: