Below is an Order of the Court.

```
                                    _____
                                    PETER C. McKITTRICK
                                    U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

```
In Re:                          )
                                ) Bankruptcy Case No.
PETER SZANTO,                   ) 16-33185-pcm11
                                )
              Debtor.           )
_____)
                                )
PETER SZANTO,                   ) Adversary No. 16-3114-pcm
                                )
              Plaintiff,        ) SECOND AMENDED SCHEDULING ORDER
                                )
     v.                         )
                                )
EVYE SZANTO, et al.,            )
                                )
              Defendants.       )
_____)
```

On September 8, 2017, plaintiff filed a Motion to Extend Time to File a Response to Motion for Summary Judgment, seeking an extension of the September 8 deadline to file his response to defendants' Motion for Partial Summary Judgment. Doc. 245. The court advised the parties on September 8, 2017, that the motion would be granted. It held a scheduling hearing on September 12, 2017, to adjust the briefing schedule and hearing date in light of the extension of the response period.

Page 1 -  SECOND AMENDED SCHEDULING ORDER

Plaintiff and defendants' counsel appeared telephonically.

For the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that:

1. The schedule regarding the motions for summary judgment shall be as follows:

   A. Plaintiff shall file his response to defendants' Motion for Partial Summary Judgment on or before September 18, 2017.

   B. Plaintiff and defendants shall file a reply, if any, on or before October 2, 2017.

   C. The hearing on the motions for summary judgment will be held at 9:30 a.m. on October 24, 2017, at the United States Bankruptcy Court, Courtroom #1, 1001 SW Fifth Ave., 7th Floor, Portland, Oregon.

2. The final pretrial conference shall be held on November 28, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom #1, 1001 SW Fifth Ave., 7th Floor, Portland, Oregon.

3. The court will reset the trial and send notice.

4. Any further request for an extension of time in this adversary proceeding shall be made at the earliest possible date, and no later than three business days before the date for which the extension is sought, absent extraordinary circumstances.

5. Any motion filed in this adversary proceeding shall comply with Local Bankruptcy Rule 7007-1(1)(b)(1)(C): It must be accompanied by a separate affidavit or declaration, supporting factual contentions such as claims of illness or unavoidable travel. An affidavit or declaration shall authenticate and include exhibits or documents supporting the factual contentions to the extent such documents or exhibits exist. Any

motion not adequately supported by evidence may be denied without hearing.

6. Except as amended herein, the Scheduling Order, Doc. 21, entered in this case, and the Order Setting Deposition Schedule, Amending Scheduling Order, Setting Summary Judgment Hearing and Setting Final Pretrial Conference, Doc. 99, remains in full force and effect.

###

cc: Peter Szanto
　　 Nicholas J. Henderson
　　 UST

Page 3 - SECOND AMENDED SCHEDULING ORDER