Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>PETER SZANTO,<br><br>        Debtor. | Bankruptcy Case<br>No. 16-33185-pcm11 |
| PETER SZANTO,<br><br>        Plaintiff,<br><br>   v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>        Defendants. | Adv. Proc. No. 16-3114-pcm<br><br>ORDER DENYING DEFENDANTS' MOTION TO RESET TRIAL DATE (DOC. 271) |

    Defendants' filed a Motion to Reset Trial Date (Doc. 271) (the "Motion"). Defendants' Motion failed to comply with paragraph 5 of the Second Amended Scheduling Order (Doc. 259) entered in the above-captioned case requiring that any motion be "accompanied by a separate affidavit or declaration, supporting factual contentions such as claims of illness or unavoidable travel. An affidavit or declaration shall

Page 1 - ORDER DENYING DEFENDANTS' MOTION TO RESET TRIAL DATE (DOC. 271)

authenticate and include exhibits or documents supporting the factual contentions to the extent such documents or exhibits exist." Further, the parties were instructed to advise the court by 5 p.m. on September 12, 2017 if the December trial date presented scheduling conflicts. <u>See</u> Doc. 257. Defendants did not file the Motion until September 25, 2017.

The court having reviewed the record in the above-captioned case and for the above-stated reasons and in the interest of justice and good cause appearing therefor,

IT IS HEREBY ORDERED that defendants' Motion to Reset Trial date is denied without prejudice to refile the Motion with the required supporting documentation and explaining why defendants delayed 13 days past the deadline set by the Court to file the Motion.

###

Cc: Mr. Szanto
    Mr. Henderson
    UST