| TFBAP (12/1/14) ljr | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |
|---|---|
TFBAP (12/1/14) ljr

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

October 11, 2017

Clerk, U.S. Bankruptcy Court

BY **ljr** DEPUTY

# TRANSMITTAL FORM

**TO:** Bankruptcy Appellate Panel of the Ninth Circuit
125 S Grand Ave, Pasadena CA 91105

**FROM:** US Bankruptcy Court for the District of Oregon
Office No. **3**  District Code 0979 **Portland** Office

**Case Name:** Peter Szanto v. Evye Szanto

**Bankruptcy No:** 16–33185–pcm11

**Adversary No:** 16–03114–pcm

**Bankruptcy Judge:** Peter C McKittrick

**Date Notice of Appeal Filed/Filing Fee Paid?:** 9/6/2017; Paid

**Date of Entry of Order(s) Appealed:** 8/31/2017

**Date Bankruptcy Filed:** 9/21/16

**Case docket and all documents are available electronically using PACER.**

**List of documents related to this appeal:**

#226 Order Denying Motion to Prohibit Evidentiary Admission
of Mr Henderson's Testimony
#233 Notice of Appeal and Election to BAP
#234 Motion for Leave to Appeal
#241 Notice of Filing of Notice of Appeal
#253 Notice of Docketing Record on Appeal Case #17–1261
#268 Designation of Record
#281 Transmittal of Record on Appeal

**Deadline for filing Statement of Issues/Designation/Transcript Order/Cross Appeal:** 9/20/2017

**Transmittal Date:** 10/11/17    By:  **Linda Reynolds**
Deputy Clerk
US Bankruptcy Court
(503) 326–1500

cc: parties listed above (without attachments)

281 – 233