# UNITED STATES BANKRUPTCY COURT
## District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

October 12, 2017

Clerk, U.S. Bankruptcy Court

BY **sfs** DEPUTY

In re
**Peter Szanto**

Debtor(s)

)
)
)
)

Case No. 16–33185–pcm11

**Peter Szanto**

Plaintiff(s)

)
)
)

Adv. Proc. No. 16–03114–pcm

v.

**Evye Szanto**
  **et al.**

Defendant(s)

)
)
)
)
)
)

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that  **a Rescheduled Final Pretrial,** at which testimony will not be received, will be held:

  **DATE:**  1/18/18          **TIME:**  09:30 AM

  **LOCATION:**    US Bankruptcy Court, Courtroom #1, 1001 SW 5th Ave, 7th Floor, Portland, OR 97204

Clerk, U.S. Bankruptcy Court

286