Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br>PETER SZANTO,<br>        Debtor. | Bankruptcy Case<br>No. 16-33185-pcm11 |
| PETER SZANTO,<br>        Plaintiff,<br>   v.<br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br>        Defendants. | Adv. Proc. No. 16-3114-pcm<br><br>FRCP 56(f) ORDER REQUESTING FURTHER BRIEFING AND SETTING ADDITIONAL SUPPLEMENTAL BRIEFING SCHEDULE |

Pursuant to Fed. R. Civ. P. 56(f) made applicable in the above-captioned adversary proceeding by Fed. R. Bankr. P. 7056 and in the interest of justice and good cause appearing therefor,

IT IS HEREBY ORDERED that the court requests additional supplemental briefing addressing whether the applicable statute of limitations applies to bar some or all of plaintiff's Eighth Cause of

Page 1 – FRCP 56(f) ORDER REQUESTING FURTHER BRIEFING AND SETTING ADDITIONAL SUPPLEMENTAL BRIEFING SCHEDULE

Action: Intentional/Negligent Infliction of Emotional Distress. This briefing is in addition to the briefing permitted by the Order Granting Defendants' Motion for Leave to File Supplemental Memorandum in Support of Defendants' Motion for Summary Judgment and Setting Supplemental Briefing Schedule (Doc. 301).

IT IS FURTHER ORDERED that the following briefing requirements and schedule will apply:

1) The parties may each file an additional supplemental brief no longer than five pages in length.
2) Initial briefs shall be filed or before November 17, 2017.
3) The parties are not required to but may file response briefs of no longer than five pages. Response briefs, if any, shall be filed on or before November 27, 2017.
4) No reply briefs will be permitted.
5) Absent a showing of extraordinary circumstances substantiated with appropriate documentation and declarations, no extensions to these deadlines will be granted.

###

Cc: Mr. Szanto
Mr. Henderson
UST