Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>PETER SZANTO,<br><br>Debtor. | Case No. 16-33185-pcm11 |
| PETER SZANTO,<br><br>Plaintiffs,<br><br>v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>Defendants. | Adv. Proc. No. 16-03114-PCM<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROHIBIT EVIDENTIARY USE OF PETER SZANTO'S DEPOSITION |

THIS MATTER came before the Court on Plaintiff's Motion to Prohibit Evidentiary Use of Peter Szanto's Deposition [Dkt #223]. Plaintiff appeared *in pro per*, and Defendants Evye

Page 1 of 2  ORDER DENYING PLAINTIFF'S MOTION TO PROHIBIT EVIDENTIARY USE OF PETER SZANTO'S DEPOSITION

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 16-03114-pcm    Doc 307    Filed 11/15/17

Szanto, Victor Szanto, Nicole Szanto, Kimberley Szanto, Mariette Szanto, Anthony Szanto, Austin Bell and Barbara Szanto Alexander ("Defendants") appeared by and through their attorney Nicholas J. Henderson of Motschenbacher & Blattner LLP. The Court having reviewed the pleadings, having heard the arguments of the parties, and being otherwise duly advised in the premises as follows; now, therefore,

IT IS HEREBY ORDERED as follows:

1. The Plaintiff's Motion to Prohibit Evidentiary Use of Peter Szanto's Deposition is DENIED for the reasons stated orally on the record.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Attorney for Defendants

**PARTIES TO SERVE**

ECF-registered parties, and the following party requiring notice by US Mail:

Peter Szanto
PO Box 4614
Portland, OR 97208

Page 2 of 2 ORDER DENYING PLAINTIFF'S MOTION TO PROHIBIT EVIDENTIARY USE OF PETER SZANTO'S DEPOSITION

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 16-03114-pcm    Doc 307    Filed 11/15/17