Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>PETER SZANTO,<br><br>　　　　　　Debtor. | Case No. 16-33185-pcm11 |
| PETER SZANTO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>　　　　　Defendants. | Adv. Proc. No. 16-03114-PCM<br><br>ORDER GRANTING DEFENDANTS' FIFTH MOTION FOR LIMITED EXTENSION OR ELIMINATION OF DISCOVERY CUTOFF DEADLINE |

THIS MATTER came before the Court on Defendants' Fifth Motion for Limited Extension or Elimination of Discovery Cutoff Deadline [Dkt #322]. Plaintiff appeared *in pro*

Page 1 of 2　ORDER GRANTING DEFENDANTS' FIFTH MOTION FOR LIMITED EXTENSION OR ELIMINATION OF DISCOVERY CUTOFF DEADLINE

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 16-03114-pcm　　Doc 327　　Filed 01/16/18

*per*, and Defendants Evye Szanto, Victor Szanto, Nicole Szanto, Kimberley Szanto, Mariette Szanto, Anthony Szanto, Austin Bell and Barbara Szanto Alexander ("Defendants") appeared by and through their attorney Nicholas J. Henderson of Motschenbacher & Blattner LLP. The Court having reviewed the pleadings, having heard the arguments of the parties, and being otherwise duly advised in the premises as follows; now, therefore,

IT IS HEREBY ORDERED as follows:

1. The Defendants' Fifth Motion for Limited Extension or Elimination of Discovery Cutoff Deadline is GRANTED.

2. The discovery deadline is extended to and including January 31, 2018 for the limited purpose of taking the deposition of Plaintiff's wife, Susan Szanto.

### 

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Attorney for Defendants

**PARTIES TO SERVE**

ECF-registered parties, and the following party requiring notice by US Mail:

Peter Szanto
11 Shore Pine
Newport Beach, CA 92657

Page 2 of 2   ORDER GRANTING DEFENDANTS' FIFTH MOTION FOR LIMITED EXTENSION OR ELIMINATION OF DISCOVERY CUTOFF DEADLINE

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 16-03114-pcm    Doc 327    Filed 01/16/18