PETER SZANTO 949-887-2369
11 Shore Pine
Newport Beach CA 92657

# United States Bankruptcy Court

in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

In Re Peter Szanto, Debtor

==========================

Peter Szanto, Plaintiff

vs.

Evye Szanto, et al,

Defendants

## Adversarial # 16-ap-3114

core case:16–bk–33185-pcm7

## Notice of Joinder of Indispensable Party Susan Szanto

To the Court and the defendants, please take notice – based on the refreshing of Susan Szanto's memory at her deposition in Santa Ana CA of 1-18-2018, as to horrific damage, massive injuries and despicable emotional harm inflicted upon her by the defendants, Susan Szanto has joined the within action [EXHIBIT A] in the United States District Court in and for the Central District of California. The Honorable United States District Court Judge David O. Carter now presides over this cause in its entirety.

DATED 2-5-2018  _____ Peter Szanto

16-ap-3114                Notice – pg. 1

Case 16-03114-pcm    Doc 334    Filed 02/08/18

## Proof of Service

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623. On the date indicated below, I personally served the within:

## Notice

by e-mail to Mr. Olsen and Mr. Henderson at:

    nhenderson@portlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Portland OR.

Dated 2-5-2018  /s/ Maquisha Reynolds

16-ap-3114       Notice – pg. 2

SUSAN SZANTO 949-720-7005
11 Shore Pine
Newport Coast CA 92657



FILED
2018 JAN 31 PM 2: 13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

## United States District Court

in and for the Central District of California

| | |
|---|---|
| **In Re Peter Szanto,** | **Santa Ana Division** |
| **Debtor and Plaintiff** | **# 17–MC-00019 DOC DFM** |
| **(in Oregon Bankruptcy Cases** | |
| **16-bk-33185 and 16-ap-3114)** | **Notice of Joinder** |
| | **of Indispensable Party** |
| | **Susan Szanto** |

May it please the Court:

**DECLARATION of Susan Szanto**

1. My name is Susan Szanto; I am over 21 years of age

2. I was previously the non-party whose deposition was sought and whom the Court directed to be deposed.

3. This is my truthful declaration subsequent to said deposition.

17-MC-19        NOTICE  – pg. 1



ORIGINAL

4. At said deposition of January 18, 2018 my thoughts, recollections and memories were refreshed by the questions asked by the defendants.
5. With great psychological pain and intense emotional sadness, I recollected vividly all of my current, pending and unresolved claims against the defendants herein.
6. During the deposition and the days thereafter, my memories were refreshed by consideration of the questioning by the defendants.
7. I recalled the immense pain and horror the defendants have purposefully inflicted upon me during the previous years.
8. That intense physically pain is continuing now.
9. I personally obtained a copy of the underlying complainant in this matter.
10. I concur in, and support, and affirm all of the claims made in that complaint.
11. Upon that ground, I now join this action with plaintiff against the defendants.
12. I know to an absolute certainty that I am an indispensable party in this matter because complete adjudication of plaintiff's claims is impossible without the adjudication of my same claims against the defendants,
13. Upon that ground, I now join this action with plaintiff against the defendants.
14. Pursuant to FRCP 19 and supported by FRCP 20(a)(1) I also assert:

> (A) my right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences as plaintiff; and

17-MC-19

-page 2-

**(B)** that the questions of law or fact common in plaintiffs action all arise in the action now already before this Court.

15. I learned only for the first time on January 18, 2018 that my rights and claims are impaired by the defendants and that I am entitled to relief for defendants' actions against me personally based upon this action which is already before this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Santa Ana California.

January 31, 2018 _Susan Szanto_ Susan Szanto

17-MC-19        NOTICE – pg. 3

# PROOF OF SERVICE

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623. On the date indicated below, I personally served the within:

**Notice**

by enclosing the documents herein in an envelope, sealing said envelope and affixing thereon sufficient 1st Class postage to assure delivery and depositing said envelope into the US Mail addressed as:

Motschenbacher Blattner
117 SW Taylor St. #300
Portland OR 97204

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Santa Ana, CA.

Dated 1-31-18  *Maquisha Reynolds*

17-MC-19           NOTICE  – pg. 4

```
ORIGIN ID:DTHA    (949) 887-2369      SHIP DATE: 06FEB18
SZANTO                                ACTWGT: 0.50 LB
SZANTO                                CAD: 1654958/INET3980
P.O.BOX 14894
                                      BILL SENDER
IRVINE, CA 92623
UNITED STATES US

TO  CLERK-DIST OREGON
    US BANKRUPTCY COURT PORTLAND
    1001 SW 5TH AVE #700
    ROOM 700 @ 1001 SW 5TH AV
    PORTLAND OR 97204
    (503) 610-0865      REF:
    INV:
    PO:                 DEPT:
```

FedEx
TRK# 7714 2005 9040
0201

THU — 08 FEB 4:30P
** 2DAY **

CN MRIA

97204
OR-US  PDXDX

#2626708 02/06 552J1/122D/DCA5





Case 16-03114-pcm    Doc 334    Filed 02/08/18