Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>PETER SZANTO,<br><br>       Debtor.<br>_____<br>PETER SZANTO,<br><br>       Plaintiffs,<br><br>  v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, and BARBARA SZANTO ALEXANDER,<br><br>       Defendants. | Case No. 16-33185-pcm11<br><br><br><br>Adv. Proc. No. 16-03114-PCM<br><br>ORDER REGARDING MATTERS DISCUSSED AT STATUS CONFERENCE HELD ON JANUARY 30, 2018 |

THIS MATTER came before the Court on January 30, 2018, for a status hearing

regarding the above-captioned adversary proceeding. Plaintiff appeared *in pro per*, and

Page 1 of 3 - ORDER

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Defendants Evye Szanto, Victor Szanto, Nicole Szanto, Kimberley Szanto, Mariette Szanto, Anthony Szanto, Austin Bell and Barbara Szanto Alexander ("Defendants") appeared by and through their attorney Nicholas J. Henderson of Motschenbacher & Blattner LLP. The Court, having heard statements of Plaintiff and Defendants' Counsel,

    HEREBY ORDERS AS FOLLOWS:

    1. Upon completion of the transcript and receipt of proper payment from Plaintiff Peter Szanto, the court reporting firm Advanced Depositions shall provide Plaintiff Peter Szanto with a copy of the transcript from deposition of Susan Szanto held on January 18, 2018;

    2. The Court will rule on the Parties' respective motions for summary judgment after the resolution of Plaintiff's Notice of Motion and 2nd Request to Reopen Discovery [ECF No. 329] (the "Motion to Reopen Discovery") and Plaintiff's Notice of Motion and 2nd Motion to Stay Pending Further Action of the Bankruptcy Appellate Panel re Appeal [ECF No. 330] (the "Motion to Stay"), but not before February 15, 2018;

    3. Any declarations or supporting documents Plaintiff wishes to file in support of his Motion to Reopen Discovery must be filed on or before February 13, 2018. If Plaintiff seeks an extension of this deadline, such a request must be supported by specific correspondence from the Advanced Depositions court reporting firm demonstrating that the transcript was not available prior to the deadline established by the Court.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page 2 of 3 - ORDER

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 16-03114-pcm    Doc 335    Filed 02/13/18

4. On or before February 20, 2018, Defendants shall file a Response to the Motion to Reopen Discovery.

5. No additional briefing or submissions shall be filed regarding the Motion to Stay.

### ###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Attorney for Defendants

**PARTIES TO SERVE**

ECF-registered parties, and the following party requiring notice by US Mail:

Peter Szanto
11 Shore Pine
Newport Beach, CA 92657

Page 3 of 3 - ORDER

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 16-03114-pcm    Doc 335    Filed 02/13/18