Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>PETER SZANTO,<br><br>　　　　Debtor. | Bankruptcy Case<br>No. 16-33185-pcm11 |
| PETER SZANTO,<br><br>　　　　Plaintiff,<br>　v.<br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>　　　　Defendants. | Adv. Proc. No. 16-3114-pcm<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REOPEN DISCOVERY AND MOTION FOR EXTENSION OF TIME |

On December 5, 2017, the court entered an order converting plaintiff's chapter 11 bankruptcy case, case no. 16-33185-pcm11, to a chapter 7 bankruptcy case. Case No. 16-33185-pcm11, Doc. 278. Stephen Arnot was appointed as the chapter 7 trustee. The claims of the debtor asserted in the above-captioned adversary proceeding are property of the chapter 7 estate and therefore are under the exclusive control and

Page 1 - ORDER DENYING PLAINTIFF'S MOTION TO REOPEN DISCOVERY AND MOTION FOR EXTENSION OF TIME

possession of the trustee.  On January 25, 2018, the chapter 7 trustee filed a Notice of Intent to Abandon the claims in the adversary proceeding. Id., Doc. 364. Debtor objected to the trustee's notice of intent to abandon.  Id., Doc. 388.  Debtor's objection is set for preliminary hearing on February 21, 2018.

On January 29, 2018, plaintiff Peter Szanto filed the Notice and 2nd Motion to Reopen Discovery.  ("Discovery Motion") Doc. 329.  On the assumption the abandonment would become effective on February 15th with no objection, the court entered an order setting out a briefing schedule on plaintiff's Motion such that the Motion would be ripe for consideration and ruling shortly after abandonment.  Doc. 335. Subsequently, plaintiff filed a Motion for Extension of Time, doc. 337, and a Supplemental Declaration Supporting 2nd Request to Reopen Discovery, doc. 338.

The debtor does not have standing to file motions or other requests for relief in this adversary proceeding unless and until the claims in the adversary are abandoned. Now that it appears the court will not be able to rule on the debtor's motion for several weeks, and in the interests of justice,

IT IS HEREBY ORDERED that plaintiff's Motion to Reopen Discovery is DENIED for lack of standing and without prejudice to refile in the event that the above-captioned case is abandoned.

IT IS FURTHER ORDERED that plaintiff's Motion for Extension of Time is DENIED as moot.

IT IS FURTHER ORDERED that, in the event the court rules that the above-captioned adversary proceeding is abandoned, debtor must file his

Page 2 - ORDER DENYING PLAINTIFF'S MOTION TO REOPEN DISCOVERY AND MOTION FOR EXTENSION OF TIME

renewed motion, if any, seven days from the date of any such order. Such renewed motion shall contain all declarations, exhibits and transcripts debtor wishes the court to consider. Defendants must file their response, if any, seven days from the date of any motion filed by debtor.

###

Cc: All ECF participants
    Mr. Szanto