PETER SZANTO 949-887-2369
11 Shore Pine
Newport Beach CA 92657

# United States Bankruptcy Court

## in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

In Re Peter Szanto, Debtor
==========================

Peter Szanto, Plaintiff

vs.

Evye Szanto, et al,

          Defendants

## Adversarial # 16-ap-3114

### core case: 16-bk-33185-pcm7

## Plaintiff Peter Szanto's Notice of Election for Entry of Final Judgment by District Court

---

Plaintiff having acquired standing in this cause as of the Court's 4-10-2018 ORDER, now makes election that final judgment in this matter be decided by the District Court.

Respectfully,

DATED 4-13-2018  _____ Peter Szanto

16-ap-3114    Jury Election – pg. 1

Case 16-03114-pcm    Doc 342    Filed 04/16/18

## Proof of Service

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623. On the date indicated below, I personally served the within:

## Election

by e-mail to Mr. Olsen and Mr. Henderson at:

nhenderson@portlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Portland OR.

Dated 4-13-2018 /s/ *Maquisha Reynolds*

16-ap-3114    Jury Election — pg. 2



ORIGIN ID:DTHA (949) 887-2369    SHIP DATE: 14APR18
SZANTO                           ACTWGT: 0.50 LB
SZANTO                           CAD: 112243018/INET3980
P.O.BOX 14894
                                 BILL SENDER
IRVINE, CA 92623
UNITED STATES US

TO  CLERK-DIST OREGON
    US BANKRUPTCY COURT PORTLAND
    1001 SW 5TH AVE #700
    ROOM 700 @ 1001 SW 5TH AV
    PORTLAND OR 97204
(503) 610-0865                REF:
INV:                          DEPT:
PO:



MON - 16 APR 3:00P
STANDARD OVERNIGHT

TRK# 7720 0022 8316                      97204
0201                            OR-US    PDX

XH MRIA

4/14/2018

Case 16-03114-pcm    Doc 342    Filed 04/16/18