PETER SZANTO 949-887-2369
11 Shore Pine
Newport Beach CA 92657

# United States Bankruptcy Court

## in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

| | |
|---|---|
| In Re Peter Szanto, Debtor | **Adversarial # 16-ap-3114** |
| ========================== | core case:16–bk-33185-pcm7 |
| Peter Szanto, Plaintiff | |
| vs. | **Plaintiff Peter Szanto's** |
| Evye Szanto, et al, | **Notice of Jury Election** |
| Defendants | |

Plaintiff having acquired standing in this cause as of the Court's 4-10-2018 ORDER, now makes election that this matter be tried by a jury of the parties' peers

Respectfully,

DATED 4-13-2018 _____ Peter Szanto

16-ap-3114    Jury Election  – pg. 1

## Proof of Service

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623. On the date indicated below, I personally served the within:

## Jury Election

by e-mail to Mr. Olsen and Mr. Henderson at:

nhenderson@portlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Portland OR.

Dated 4-13-2018   /s/ *Maquisha Reynolds*

16-ap-3114    Jury Election  – pg. 2



