Below is an Order of the Court.

                                              /s/ PETER C. McKITTRICK
                                              PETER C. McKITTRICK
                                              U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br>PETER SZANTO,<br>                 Debtor. | Bankruptcy Case No.<br>16-33185-pcm7 |
| PETER SZANTO,<br>                 Plaintiff,<br>    v.<br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br>               Defendants. | Adversary No. 16-3114-pcm<br><br>ORDER DENYING MOTION TO EXTEND TIME TO FILE RENEWED MOTION TO REOPEN DISCOVERY |

Plaintiff moves to extend the time to file a Renewed Motion to Reopen Discovery. Doc. #344. In this court's Order Denying Plaintiff's Motion to Reopen Discovery and Motion for Extension of Time, entered on February 16, 2018, the court set a deadline of seven days from the date

Page 1 - ORDER DENYING MOTION TO EXTEND TIME TO FILE RENEWED MOTION TO REOPEN DISCOVERY

of entry of any order allowing the chapter 7 trustee to abandon this adversary proceeding for plaintiff to file any renewed motion to reopen discovery.  Doc. #340.

The Second Amended Scheduling Order provides, as is relevant here:

> Any further request for an extension of time in this adversary proceeding shall be made at the earliest possible date, and no later than three business days before the date for which the extension is sought, absent extraordinary circumstances.

Doc. #249.

Plaintiff did not timely file his request for extension of time to file his renewed motion to reopen discovery.  The court entered the Order Re Abandonment of Adversary Proceeding 16-3114 on April 10, 2017.  Main Case Doc. #443.  Seven days from that date was April 17, 2018.  Plaintiff did not file his Motion to Extend Time until April 16, 2018, one business day before the deadline.

The court announced at the April 2, 2018, hearing on plaintiff's objection to the chapter 7 trustee's Notice of Intent to Abandon this adversary proceeding that it would allow the abandonment.  At that hearing, the court reminded plaintiff of the deadline for renewing the motion to reopen discovery.  Thus, plaintiff has known since April 2 that the abandonment order would be forthcoming and that he had only seven days from that date to file his renewed Motion to Reopen Discovery.  He does not explain in his Motion to Extend Time why he did not file his request for an extension at the earliest possible date, or what extraordinary circumstances would support deviation from the scheduling order requirement that any motion for extension of time must be filed no

Page 2 -   ORDER DENYING MOTION TO EXTEND TIME TO FILE RENEWED MOTION TO REOPEN DISCOVERY

later than three business days before the pertinent deadline.

Further, even if I were to consider the extension motion on its merits, plaintiff's purported bases for the extension would not support extending the time. His need to work on other matters, including a request to set aside the abandonment order, his allegation that he cannot work as quickly as usual because of his health, and complexity of case law regarding the need for discovery, do not demonstrate extraordinary circumstances.

Therefore, because the Motion to Extend Time is not timely and does not demonstrate extraordinary circumstances supporting deviation from the Second Amended Scheduling Order, and the reasons outlined in the motion would not support extending the deadline in any event,

IT IS HEREBY ORDERED that plaintiff's Motion to Extend Time to File Renewed Motion to Reopen Discovery is DENIED.

###

cc: Peter Szanto
   Nicholas Henderson
   UST

Page 3 -  ORDER DENYING MOTION TO EXTEND TIME TO FILE RENEWED MOTION TO REOPEN DISCOVERY