**Nicholas J. Henderson, OSB#074027**
nhenderson@portlaw.com
**Troy G. Sexton, OSB# 115184**
tsexton@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Attorneys for Defendants Evye Szanto, et al.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: <br><br> PETER SZANTO, | Case No. 16-33185-pcm11 |
| PETER SZANTO, <br><br>                Plaintiffs, <br><br> v. <br><br> EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER, <br><br>                Defendants. | Adv. Proc. No. 16-03114-PCM <br><br> DECLARATION OF NICHOLAS J. HENDERSON |

I, Nicholas J Henderson, hereby declare the following under penalty of perjury:

1.     I am the attorney for the Defendants in the above-captioned adversary proceeding.

PAGE 1 – SUPPLEMENTAL DECLARATION OF
      NICHOLAS J. HENDERSON
{00057155:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Ph: (503) 417-0500
Fax: (503) 417-0501

Case 16-03114-pcm    Doc 351    Filed 04/25/18

2. I am over the age of 18, and I have personal knowledge of the facts stated in this declaration, and would testify to the same if called to do so.

3. Attached as Exhibit 1 is a true and correct copy of an email chain between myself and Plaintiff Peter Szanto, regarding his ability to obtain a copy of Susan Szanto's deposition transcript from the Advanced Deposition court reporting service in Irvine, California.

4. Attached Exhibit 2 is a true and correct copy of an objection letter that I sent to Plaintiff Peter Szanto on March 1, 2018 regarding subpoenas he issued to myself, Jeremy Tolchin and Michael Fell.

5. I expressly deny Plaintiff's accusations regarding bribery, an immunity agreement with the United States Trustee's Office, hacking Susan Szanto's Facebook account, establishing accounts or business entities in Plaintiff's name, causing the use of any credit or debit card belonging to Plaintiff or his wife. All such allegations by Plaintiff are false.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED April 25, 2018

/s/ Nicholas J. Henderson
Nicholas J. Henderson, Declarant

PAGE 2 – SUPPLEMENTAL DECLARATION OF
NICHOLAS J. HENDERSON

{00057155:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Ph: (503) 417-0500
Fax: (503) 417-0501

Case 16-03114-pcm    Doc 351    Filed 04/25/18

# CERTIFICATE OF SERVICE

        I hereby certify that on November 17, 2017, I served the foregoing DECLARATION OF NICHOLAS J. HENDERSON DATED APRIL 25, 2018 on the following by first class U.S. mail, postage pre-paid, and by e-mail with the consent of the party:

Peter Szanto
POB 4614
Portland, OR 97208
E-mail: szanto.pete@gmail.con

                       MOTSCHENBACHER & BLATTNER, LLP

                       /s/ Mieke Parker
                       Mieke Parker, Legal Assistant
                       Motschenbacher & Blattner LLP
                       Of Attorneys for Defendants

PAGE 3 – SUPPLEMENTAL DECLARATION OF
NICHOLAS J. HENDERSON
{00057155:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Ph: (503) 417-0500
Fax: (503) 417-0501

Case 16-03114-pcm   Doc 351   Filed 04/25/18

# Nick Henderson

| | |
|---|---|
| **From:** | Nick Henderson |
| **Sent:** | Monday, February 26, 2018 10:11 AM |
| **To:** | 'Peter Szanto' |
| **Cc:** | mtran@mfellfamilylaw.com; Jeremy Tolchin; mfell@fellesq.com; David Olsen |
| **Subject:** | RE: from szanto p |

Mr. Szanto,

We plan to object and/or file a motion to quash these subpoenas. It is inappropriate to try to get free copies of the deposition transcripts from the parties via subpoena (or any other discovery device). You can easily obtain copies of the transcripts from the court reporters by contacting them and paying the applicable cost. The court already entered an order stating that you should be given a copy of Susan Szanto's deposition transcript once you pay the applicable cost. Additionally, Fed. R. Civ. P. 30(f)(3) states that you can obtain a copy of the transcript after payment of the deposition officer's "reasonable charges." Your attempt to circumvent the requirement for payment was made in bad faith.

If you have any authority supporting your effort to obtain copies of the transcripts, please provide it.

Sincerely,



Nicholas J. Henderson
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204-3029
Direct Tel: 503-417-0508; Direct Fax: 503-417-0528
nhenderson@portlaw.com
www.portlaw.com

This message is confidential and privileged. If you are not the intended recipient, any use, distribution or copying is prohibited. If received in error, please contact the sender.

**From:** Peter Szanto [mailto:szanto.pete@gmail.com]
**Sent:** Sunday, February 25, 2018 11:55 PM
**To:** Nick Henderson <nhenderson@portlaw.com>; mtran@mfellfamilylaw.com; Jeremy Tolchin <jtolchin@portlaw.com>; mfell@fellesq.com
**Subject:** from szanto p

# Dear Sirs, please see subpoenas attached.

# My preference is for you to send electronic versions

# of the depositions requested to this e-mail.

# If you seek to delay by sending

physical mail, please mail to

11 Shore Pine Dr., Newport Beach CA 92657 --

If you wish further to delay sending the depo taken in Portland please mail to PO Box 4614, Portland ORE 97208.

Please mind the short time to comply.

Kind regards,

--
*Szanto*  



ATTORNEYS SERVING PRIVATELY HELD BUSINESSES AND THEIR OWNERS

# MOTSCHENBACHER & BLATTNER LLP

117 SW TAYLOR STREET, SUITE 300, PORTLAND, OR 97204-3029  PHONE 503-417-0500  FAX 503-417-0501

Nicholas J. Henderson
Admitted in Oregon and Washington
Direct: 503-417-0508
nhenderson@portlaw.com
www.portlaw.com

March 1, 2018

VIA EMAIL TO szanto.pete@gmail.com

Peter Szanto
11 Shore Pine Dr.
Newport Beach, CA 92657

    Re:    *In re: Szanto*, Bankr. Case No. 16-33185-pcm7
            Objection to Subpoenas Issued to Nicholas J. Henderson, Jeremy G.
            Tolchin, and Michael Fell

Dear Mr. Szanto:

    On behalf of myself, Jeremy G. Tolchin, and Michael Fell, this letter constitutes an objection, pursuant to Fed. R. Civ. P. 45(d)(2)(B), to the production of documents specified in the subpoenas issued by you in the above-referenced bankruptcy case. The grounds for this objection are set forth in the attached email, which I sent to you on February 26, 2018. Additionally, your subpoenas to the subpoena recipients are an improper attempt to continue discovery in adversary proceeding no. 16-3114-pcm, which has been closed for some time.

    No documents will be produced in response to your subpoenas.

                              Sincerely,

                              MOTSCHENBACHER & BLATTNER LLP

                              Nicholas J. Henderson

Enclosure