Below is an Order of the Court.

---------
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. |
| PETER SZANTO, ) | 16-33185-pcm7 |
| ) | |
| Debtor. ) | |
| ) | |
| PETER SZANTO, ) | Adversary No. 16-3114-pcm |
| ) | |
| Plaintiff, ) | ORDER DENYING SECOND MOTION |
| ) | FOR STAY PENDING APPEAL |
| v. ) | (DOC. 330) |
| ) | |
| EVYE SZANTO, VICTOR SZANTO, NICOLE ) | |
| SZANTO, KIMBERLEY SZANTO, MARIETTE ) | |
| SZANTO, ANTHONY SZANTO, AUSTIN ) | |
| BELL, JOHN BARLOW, and BARBARA ) | |
| SZANTO ALEXANDER, ) | |
| ) | |
| Defendants. ) | |

This matter came before the court on plaintiff's Second Motion for Stay Pending Appeal. Doc. #330. The court has reviewed the motion and determined that it can be decided without a hearing.

In September 2017, plaintiff appealed two orders to the Bankruptcy Appellate Panel. In the time since plaintiff filed his Second Motion,

Page 1 - ORDER DENYING SECOND MOTION FOR STAY PENDING APPEAL

the BAP entered orders denying leave to appeal and dismissing plaintiff's appeals. See BAP Case No. 17-1262, Doc. 10-1; BAP Case No. 17-1261, Doc. 10-1.

Therefore, in the interest of justice and good cause appearing therefor,

IT IS HEREBY ORDERED that plaintiff's Second Motion for Stay Pending Appeal is DENIED as MOOT.

###

cc: Peter Szanto
Nicholas Henderson