UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**PETER SZANTO**  Case No.: 3:18−cv−00951−SI
    **Appellant(s).**

**v.**

**EVYE SZANTO**
    **Appellee(s).**

### Civil Case Assignment Order

**1.**   **Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge . . . . . . . . . . . . . . . . . . . . . . . Hon. Michael H. Simon
> Presiding Judge's Suffix Code* . . . . . . . . . . . . . . . . . . . . . . . . . . . . SI
>
> *These letters must follow the case number on all future filings.

**2.**   **Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

> Mary Austad
> Telephone: 503−326−8034
> Email: mary_austad@ord.uscourts.gov

**3.**   **Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

> Telephone: 503−326−8050

**4.**   **Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3−1, LR 5−5.)

**5.**   **District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**DATED:** May 30, 2018                     **MARY L. MORAN**
                                                         **Clerk of Court**

                                                   by: /s/ E. Oss
                                                       E. Oss, Deputy Clerk