Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>PETER SZANTO,<br><br>        Debtor. | Bankruptcy Case<br>No. 16-33185-pcm7 |
| PETER SZANTO,<br><br>        Plaintiff,<br><br>  v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>        Defendants. | Adv. Proc. No. 16-3114-pcm<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

    Defendants submitted their Application for Attorney's Fees and Costs. Doc. 387. Plaintiff responded requesting an extension of time to file his response to defendants' application. Doc. 396.

    Without deciding the merits of plaintiff's motion as presented, and in the interest of judicial economy and good cause appearing therefor,

    IT IS HEREBY ORDERED that all deadlines associated with defendants' Application are abated until further ordered. The court will address

Page 1 - ORDER ON MOTION FOR EXTENSION OF TIME

further scheduling of this matter at the Case Status Hearing to be held on July 12, 2018 at 1:30 p.m.

### 

Cc: Mr. Henderson
 Mr. Szanto

Page 2 - ORDER ON MOTION FOR EXTENSION OF TIME