| 07/12/2018 | THURSDAY | Judge Peter C McKittrick |
|---|---|---|
| 3:30 PM 16-3114 pcm ap | Szanto v. Szanto et al | |
| 16-33185 | Case Status Hearing (394) | |

Peter Szanto - pla   x
Evye Szanto - dft                    NICHOLAS J HENDERSON   x

David Olsen

Evidentiary Hearing:   Yes: ☐   No: ☒

The court will rule on Def's Google Motion. A 3 day trial to be set between October 15, 2018 and December 15, 2018. Parties to provide unavailable dates by Wednesday, July 18, 2018.

Order to be prepared by:   ☐ Clerk's Office   ☐ Chambers   ☐ _____

**OD3 - Dismissal Order**
   #1 _____ Settled _____ (21) days.
   #2 _____ to Prepare Judgement/order _____ (21) days.
   #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
   #1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.
   #2 _____ Planning Conf. by ___-___-___/ No report.
   #3 _____ Discovery can proceed.
   #4 _____ No Planning Conf./Initial disclosures by ___-___-___.
   #5 _____ Discovery limited to _____.

Docket Entry:

Run Date:   07/13/18