PETER SZANTO 949-887-2369
11 Shore Pine
Newport Beach CA 92657
US BANKRUPTCY COURT
DISTRICT OF OREGON
2018 JUL 18 PM 1:05

# United States Bankruptcy Court

### in and for the District of OREGON

1001 SW 5th Av., Portland OR 97204

| | |
|---|---|
| In Re Peter Szanto, Debtor | **Adversarial # 16-ap-3114** |
| ========================= | core case:16–bk-33185-pcm7 |
| Peter Szanto, Plaintiff | |
| **vs.** | **Demand for Personal Appearance** |
| Evye Szanto, et al, | **of Claimants at Trial of Matter Herein** |
| Defendants | **and Notice of Intent** |
| | **to Examine All Claimants** |

Peter Szanto herewith and hereby demands the personal attendance of all claimants at the trial of the matter herein.

Notice is given that Peter Szanto intends to examine all claimants at the trial of the matter herein.

Notice is further given that a Medical Doctor, specializing in psychiatry will be attendance at all trial proceedings. Said Medical Doctor will provide expert testimony regarding the demeanors and veracity of all claimants and their counsel.

DATED 7-17-2018 _____ Peter Szanto

16-ap-3114        Notice  – pg. 1

Case 16-03114-pcm    Doc 413    Filed 07/18/18

## Proof of Service

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623. On the date indicated below, I personally served the within:

## Demand for Appearance and Notices

by e-mail to Mr. Olsen and Mr. Henderson at:

nhenderson@portlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at ~~Portland OR~~ IRVINE, CA.

Dated 7-17-2018  /s/ *Maquisha Reynolds*

16-ap-3114        Notice — pg. 2

```
ORIGIN ID:DTHA    (949) 887-2369          SHIP DATE: 17JUL18
SZANTO                                    ACTWGT: 0.50 LB
SZANTO                                    CAD: 112243018/INET3980
P.O.BOX 14894
IRVINE, CA 92623
UNITED STATES US                          BILL SENDER

TO  CLERK-DIST OREGON
    US BANKRUPTCY COURT PORTLAND
    1001 SW 5TH AVE #700
    ROOM 700 @ 1001 SW 5TH AV
    PORTLAND OR 97204
    (503) 610-0865           REF:
```




```
                                WED - 18 JUL 3:00P
TRK# 7727 3151 6385             STANDARD OVERNIGHT
0201

WS MRIA                         97204
                                OR-US  PDX
```

