TFUSDC (12/1/14) pjk

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

July 25, 2018

Clerk, U.S. Bankruptcy Court

BY **pjk** DEPUTY

## TRANSMITTAL FORM

**TO:** Civil Supervisor
US District Court for the District of Oregon

**FROM:** US Bankruptcy Court for the District of Oregon
Office No. **3** District Code 0979 **Portland** Office

**Case Name:** Peter Szanto v. Evye Szanto

**Bankruptcy No:** 16–33185–pcm7

**Adversary No:** 16–03114–pcm

**Bankruptcy Judge:** Peter C McKittrick

**Date Notice of Appeal Filed/Filing Fee Paid?:** 05/30/18; NOT PAID

**Date of Entry of Order(s) Appealed:** 05/17/18

**Date Bankruptcy Filed:** 9/21/16

**Case docket and all documents are available electronically using PACER.**

**List of documents related to this appeal:**

#370 Judgment
#382 Notice of Appeal
#384 Notice of Referral of Appeal to USDC
#386 Ntc of Docketing Record on Appeal USDC 18–cv–00952
#398 Designation of Record
#417 Transmittal to USDC

**Deadline for filing Statement of Issues/Designation of Record/Transcript Order/Cross Appeal:**
06/27/18

Please forward a copy of your Notice of Judicial Assignment at your earliest convenience.

**No Notice re Status of Transcript filed**
**No separate Statement of Issues filed; may be contained in #398 Designation of Record**
**No Certificate of Readiness**

**Transmittal Date:** 7/25/18    By: **PJ Knight**
Deputy Clerk
US Bankruptcy Court
(503) 326–1500

cc: parties to the Appeal (without attachments)

417 – 382