UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>PETER SZANTO,<br><br>                    Debtor. | Bankruptcy Case<br>No.16-33185-pcm7 |
| PETER SZANTO,<br><br>                    Plaintiff,<br><br>         v.<br><br>EVYE SZANTO, et al.,<br><br>                    Defendants. | Adversary No. 16-3114-pcm<br><br>ORDER GRANTING PLAINTIFF'S MOTION<br>TO EXTEND TRIAL DATE (DOC. 427) |

The court has reviewed plaintiff's Motion to Extend Trial Date (Doc. 427). Having reviewed the record in this case and in the interest of justice and good cause appearing therefor,

IT IS HEREBY ORDERED that plaintiff's Motion to Extend Trial Date is GRANTED. No later than October 10, 2018, the parties must supply their availability for trial in February and March 2019 by correspondence to the court.

                              ###

cc:  Peter Szanto
     Nick Henderson
     UST

Page 1 - ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TRIAL DATE
(DOC. 427)