**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

October 23, 2018

Clerk, U.S. Bankruptcy Court

BY **sfs** DEPUTY

In re
**Peter Szanto**
    Debtor(s)

) Case No. 16–33185–pcm7

**Peter Szanto**
    Plaintiff(s)

) Adv. Proc. No. 16–03114–pcm

v.

**Evye Szanto**
  et al.
    Defendant(s)

) NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **a Rescheduled Trial,** at which testimony will be received if offered and admissible, will be held:

    **DATE:** 3/26/19     **TIME:** 09:00 AM

    **LOCATION:** US Bankruptcy Court, Courtroom #1, 1001 SW 5th Ave, 7th Floor, Portland, OR 97204

3 Day Trial Scheduled 3/26/19, 3/27/19, 3/28/19 @ 9:00

Continuances may not be granted unless the party requesting the continuance complies with the requirements set forth in the scheduling order previously entered in the adversary proceeding.

Exhibits and trial briefs shall be handled in accordance with the scheduling order.

Clerk, U.S. Bankruptcy Court

432