Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>PETER SZANTO,<br><br>         Debtor. | Bankruptcy Case<br>No. 16-33185-pcm7 |
| PETER SZANTO,<br><br>         Plaintiff,<br><br>  v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>         Defendants. | Adv. Proc. No. 16-3114-pcm<br><br>ORDER RESOLVING DEFENDANTS' MOTION TO POSTPONE TRIAL (DOC. 434), SETTING TRIAL AND BRIEFING SCHEDULE |

    On January 8, 2019, defendants filed their Motion to Postpone Trial ("Motion") (doc. 434). In their motion, defendants request a 30-day set-over of the trial currently scheduled to begin on March 26, 2019. In defendants' certification of conferral, defendants reported that plaintiff did not object to a set-over of the trial but requested a six-week set-over. Defendants' request was based, in part, on the briefing

Page 1 - ORDER RESOLVING DEFENDANTS' MOTION TO POSTPONE TRIAL (DOC. 434), SETTING TRIAL AND BRIEFING SCHEDULE

demands presented by the appeals related to the above-captioned case currently pending in District Court.

As a general rule, the appeals pending in District Court related to the above-captioned case do not stay the progression of the case in this court. However, considering the substantial briefing demands faced by both parties, and in the interest of justice and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The trial will be rescheduled to take place August 26, 27 and 28, 2019 at 9:00 a.m. in United States Bankruptcy Court, District of Oregon, Courtroom No. 1, located at 1050 SW 6th Avenue #700, Portland, OR 97204.

2. The Final Pretrial Conference will be held on August 20, 2019 at 1:30 p.m. in United States Bankruptcy Court, District of Oregon, Courtroom No. 1, located at 1050 SW 6th Avenue #700, Portland, OR 97204.

3. No later than July 26, 2019, the parties shall exchange and deliver to the court (but not electronically file) three copies of all exhibits they intend to introduce in connection with the Final Hearing, except impeachment exhibits. Creditor and the Trustee shall also file with the Court a copy of their exhibit lists. The exhibits must be marked and paginated in compliance with LBR 9017-1(b). In addition, exhibits in excess of 10 should be tabbed and presented in a three-ring binder. Except for good cause shown, no exhibits will be received in evidence at the Final Hearing unless presented in accordance with this order.

4. Any objections to exhibits based on lack of foundation or authenticity must be filed no later than August 9, 2019. The court will rule on any evidentiary objections at the Final Pretrial Conference.

5. No later than July 26, 2019, the parties shall exchange and file with the court a list of any witnesses they intend to have testify at the final hearing. Any witness whose name is not included on a party's witness list will not be allowed to testify, except for good cause shown or solely for the purpose of impeachment.

6. Defendants should consolidate their submissions and should not each file individual submissions.

7. This amended scheduling order shall not be modified except upon a showing of good cause and leave by the court. Any request for any modification of this order must be by written motion supported by an affidavit stating sufficient facts demonstrating good cause, appropriate use of prior time and that the extension/continuance was requested at the earliest possible time, and no later than three business days before the date for which the extension is sought. The affidavit or declaration supporting any motion to modify this amended scheduling order shall authenticate and include exhibits or documents supporting the factual contentions to the extent such documents or exhibits exist. Any motion not timely filed or adequately supported by evidence may be denied without hearing.

###

Cc: Mr. Henderson
    Mr. Szanto