Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>PETER SZANTO,<br><br>        Debtor. | Bankruptcy Case<br>No. 16-33185-pcm7 |
| PETER SZANTO,<br><br>        Plaintiff,<br><br>  v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>        Defendants. | Adv. Proc. No. 16-3114-pcm<br><br>ORDER AMENDING AND SUPPLEMENTING ORDER SETTING TRIAL AND BRIEFING SCHEDULE (DOC. 436) |

IT IS HEREBY ORDERED that:

1.   The parties shall exchange emails upon mailing the exhibits referenced in Paragraph 3 of the Order Setting Trial and Briefing Schedule (the Order), Doc. 436, informing the recipient of said exhibits of the method of mailing (ex. UPS, USPS, or FedEx) and any associated tracking number.  In the event a party does not receive the exhibits,

Page 1 - ORDER AMENDING AND SUPPLEMENTING ORDER SETTING TRIAL AND BRIEFING SCHEDULE (DOC. 436)

correspondence must be filed with the court no later than August 2, 2019, informing the court of such failure.  In the absence of such filing, the exhibits will be deemed to have been received.  Paragraph 3 of the Order is further amended to omit any reference to the Trustee who is not a party to the above-captioned adversary proceeding.

    2.    Because all parties are now ECF participants, all other documents required to be exchanged will be deemed to be exchanged upon docketing in the ECF filing system.

    3.    Any party wishing to file trial briefs shall electronically file such briefs no later than July 26, 2019.

    4.    Any additional pretrial motions must be filed no later than August 9, 2019.  The court will rule on any such motions at the Final Pretrial Conference.

    5.    Except as modified herein, all previous scheduling orders remain in full force and effect.

###

cc: all ECF participants