Peter Szanto    949-887-2369
11 Shore Pine
Newport Beach CA 92657

# U.S. BANKRUPTCY COURT

## DISTRICT OF OREGON
1001 SW 5th Ave #700 Portland, OR 97204 (503) 326-1500

| | |
|---|---|
| In Re: Peter Szanto, Debtor<br>------------------------------------------<br>Peter Szanto, Defendant<br>**vs,**<br>Evye Szanto, et al,<br>            Plaintiffs | Adversarial # 16-ap-3114<br><br>core case:16-bk-33185-pcm7<br><br>**2nd NOTICE of**<br><br>**Peter Szanto's Withdrawal**<br><br>**of Consent to Entry of Final**<br><br>**Judgment by Bankruptcy Court** |

To the Court and the plaintiffs and their counsels:

**Please take NOTICE:**

Pursuant to FRBP 7012(b), plaintiff herewith and hereby withdraws any and all actual or implied consent (if any such consent there was) "to entry of final orders or judgment by the bankruptcy court."

Respectfully,

DATED 21 May 2019 /s/*signed electronically* Peter Szanto

16-33185 /  16-3114            NOTICE MAY 21- 2019 – p. 1

# **PROOF OF SERVICE**

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623

   On the date indicated below, I personally served the within: **Notice** on the following by placing the within document in postage pre-paid envelope addressed as:

> **Nicholas J. Henderson**
> **Troy G. Sexton**
> care of
> Motschenbacher & Blattner, LLP
> 117 SW Taylor St., Suite 300
> Portland, OR 97204

and by mailing copies to the above parties *via* 1st class mail, postage prepaid.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Lido CA.

                    <u>21 May 2019</u> /s/*signed electronically* M. Reynolds

16-33185 /   16-3114           NOTICE MAY 21- 2019 – p. 2