Below is an order of the court.

_____

PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>PETER SZANTO,<br><br>                       Debtor. | Bankruptcy Case<br>No. 16-33185-pcm7 |
| PETER SZANTO,<br><br>                Plaintiff,<br><br>   v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE<br>SZANTO, KIMBERLEY SZANTO, MARIETTE<br>SZANTO, ANTHONY SZANTO, AUSTIN<br>BELL, JOHN BARLOW, and BARBARA<br>SZANTO ALEXANDER,<br><br>               Defendants. | Adv. Proc. No. 16-3114-pcm<br><br>ORDER DENYING PLAINTIFF'S NOTICE<br>OF MOTION AND MOTION TO POSTPONE<br>TRIAL (Doc. 449) |

Plaintiff Peter Szanto has filed a Notice of Motion and Motion to Postpone Trial (the Motion). Doc. No. 449. The Court has considered the Motion and determines that a hearing is not necessary. LBR 7007-1(d)(1).

On September 13, 2017, the Court entered a Second Amended Scheduling Order (the Scheduling Order). Doc. No. 259. To address

Page 1 - ORDER DENYING PLAINTIFF'S NOTICE OF MOTION AND MOTION TO POSTPONE TRIAL (Doc. 449)

Plaintiff's demonstrated pattern and practice of delay in this adversary
proceeding, the Scheduling Order provides, in part, that any motion
"must be accompanied by a separate affidavit or declaration, supporting
factual contentions such as claims of illness . . . . An affidavit or
declaration shall authenticate and include exhibits or documents
supporting the factual contentions to the extent such documents or
exhibits exist. Any motion not adequately supported by evidence may be
denied without a hearing." Doc. 259. The Court has warned Plaintiff,
on multiple occasions, that factual contentions in motions must be
supported by authenticated, corroborating exhibits and documents.
Plaintiff nevertheless filed the Motion without any independent,
corroborating evidence. Accordingly, in the interest of justice and
good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is DENIED.

###