Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>PETER SZANTO,<br><br>        Debtor. | Case No. 16-33185-pcm11 |
| PETER SZANTO,<br><br>        Plaintiffs,<br><br>    v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLEY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL, JOHN BARLOW, and BARBARA SZANTO ALEXANDER,<br><br>        Defendants. | Adv. Proc. No. 16-03114-pcm<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CHANGE VENUE |

THIS MATTER came before the Court on Plaintiff's Motion To Change Venue [Inter-

District] to Central District of California Wherein Proceedings in this Cause Have Been

Page 1 of 2    ORDER DENYING PLAINTIFF'S MOTION TO CHANGE VENUE

{00226460:5}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 16-03114-pcm    Doc 455    Filed 06/21/19

Proceeding at Nicholas Henderson's Behest Since September 2017 [Dkt # 446] (the "Motion"). Plaintiff appeared *in pro per*, and Defendants Evye Szanto, Victor Szanto, Nicole Szanto, Kimberley Szanto, Mariette Szanto, Anthony Szanto, Austin Bell and Barbara Szanto Alexander ("Defendants") appeared by and through their attorneys, Troy Sexton of Motschenbacher & Blattner LLP, and David Olsen. The Court having reviewed the pleadings, having heard the arguments of the parties, and being otherwise duly advised in the premises as follows; now, therefore,

    IT IS HEREBY ORDERED as follows:

    1.    The Plaintiff's Motion is DENIED for the reasons stated on the record.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Troy G. Sexton
Troy G. Sexton, OSB #115184
Telephone: 503-417-0500
E-mail: tsexton@portlaw.com
Of Attorneys for Defendants

**PARTIES TO SERVE**

ECF-registered parties, and the following party requiring notice by US Mail:

Peter Szanto
11 Shore Pine
Newport Beach, CA 92657

Page 2 of 2    ORDER DENYING PLAINTIFF'S MOTION TO CHANGE VENUE

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

{00226460:5}

Case 16-03114-pcm    Doc 455    Filed 06/21/19