UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**PETER SZANTO**

    Appellant,

**v.**

  .

Case No.: 3:19–cv–01089–SI

### Civil Case Assignment Order

**1.  Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge . . . . . . . . . . . . . . . . . . . . . . . . Hon. Michael H. Simon
> Presiding Judge's Suffix Code* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SI
>
> *These letters must follow the case number on all future filings.

**2.  Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

    Mary Austad
    Telephone:  503–326–8034
    Email:  mary_austad@ord.uscourts.gov

**3.  Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

    Telephone:  503–326–8050

**4.  Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3–1, LR 5–5.)

**5.  District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**6.  Free Legal Assistance for Pro Se Litigants:** Litigants proceeding pro se (without a lawyer) may qualify for free legal assistance from the Oregon Chapter of the Federal Bar Association's Free Federal Law Clinic. To see if you qualify, apply at fedlawclinic.com.

**DATED:  July 15, 2019**                     **MARY L. MORAN**
                                                          **Clerk of Court**

                                                          by:  /s/ E. Oss
                                                                E. Oss, Deputy Clerk