MrPeter Szanto   949-887-2369
11 Shore Pine
Newport Beach CA 92657

# U.S. BANKRUPTCY COURT

### DISTRICT OF OREGON
*1001 SW 5th Ave #700 Portland, OR 97204 (503) 326-1500*

In Re: Peter Szanto, Debtor

-----------------------------------------

Peter Szanto,     Defendant

**vs**,

Evye Szanto, et al,

             Plaintiffs

Adversarial # 16-ap-3114

core case:16-bk-33185-pcm7

**Notice of Non-Receipt**

**Of Trial Documents**

[Docket Entry 436, p.2, # 3] commands the parties:

> **3. No later than July 26, 2019, the parties shall exchange and deliver to the court (but not electronically file) three copies of all exhibits they intend to introduce in connection with the Final Hearing, except impeachment exhibits.**

As of 7 P.M. on July 26, 2019, Peter Szanto has received no documents from the cross-plaintiffs in this cause as mandated by this Court. Debtor has received none of the trial documents which Mr. Henderson could seek to introduce into evidence.

Debtor is currently hospitalized and so relies on representations of the non-receipt

16-33185 /   16-3114     NON-RECEIPT NOTICE - JULY  26, 2019   - 2019 – p. 1

at his home of trial documents made to him by Susan Szanto and her in-home practical nurse who would be the 2 persons who would know whether or not mail or other courier delivered material had been received at 11 Shore Pine by the deadline of 7-26-19.

<u>26 July 2019</u> /s/*signed electronically* Peter Szanto

# PROOF OF SERVICE

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623

On the date indicated below, I personally served the within: **<u>NOTICE</u>** on the following by placing the within document in postage pre-paid envelope addressed as:

**Nicholas J. Henderson**
**Troy G. Sexton**
c/o
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204

and by mailing copies to the above parties *via* 1st class mail, postage prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

<u>26 July 2019</u> /s/*signed electronically* M. Reynolds

16-33185 / 16-3114    NON-RECEIPT NOTICE - JULY 26, 2019  - 2019 – p. 2