

A

July 23, 2019

Peter Szanto
11 Shore Pine Dr
Newport Coast CA 92657

MRN:
DOB:

Peter Szanto is unable to attend work till 8/23/19

Sincerely,

Rosemarie M Mendoza, NP

UCI PAVILION 3 GENERAL SURGERY
101 The City Drive
Orange CA 92868-3201
TEL: 714-456-8008
FAX: 714-456-8136
Page 1 of 1

Case 16-03114-pcm    Doc 491-1    Filed 07/28/19