```
Peter Szanto   949-887-2369
11 Shore Pine
Newport Beach CA 92657
```

# U.S. BANKRUPTCY COURT

### DISTRICT OF OREGON
*1001 SW 5th Ave #700 Portland, OR 97204 (503) 326-1500*

| | |
|---|---|
| In Re: Peter Szanto, Debtor <br> ---------------------------------------- <br> Peter Szanto, Defendant <br> vs, <br> Evye Szanto, et al, <br> Plaintiffs | **Adversarial # 16-ap-3114** <br><br> core case:16-bk-33185-pcm7 <br><br> **Declaration of** <br> **DZUNG ANH PHAM** <br><br> **Corroborating and** <br> **Supporting Motion for Stay** |

May it please the Court.

In the Motion for Stay, Debtor referenced his forth-coming surgery. The Court sought additional information from Debtor's medical professionals.

Comes now Dzung Anh Pham, physician and surgeon licensed by the State of California, to provide further corroboration.

16-33185 /   16-3114   EVIDENCE IN SUPPORT- STAY PROCEEDINGS - JUNE 30TH   - 2019 – p. 1

# Declaration of Dzung Anh Pham

1. My name is Dzung Anh Pham and this is my truthful declaration.

2. I am licensed by the State of California as a physician and surgeon.

3. Peter Szanto has consulted and been examined by myself in my professional medical capacity regarding many health matters since 2008.

4. I attend Mr. Szanto regularly as a medical professional and am listed in his MEDICARE insurance policy as his primary care physician.

5. I am well familiar with Mr. Szanto's health, psychology and medical conditions in the past 11 years on a continuing and on-going basis.

6. I am aware that Mr. Szanto is having major intestinal surgery on July 10, 2019; I am familiar with the medical conditions which necessitate that immediate surgery.

7. The dire gravity of Mr. Szanto's surgery cannot be emphasized strongly enough: **the high possibility of his death is imminent and real!!**

8. Mr. Szanto's very intense psychological distress arises because he is convinced that the length of recovery from the July 10, 2019

surgery will prevent him from timely completion of various tasks related to proceedings in the Oregon Bankruptcy Court.

9. Mr. Szanto and I discussed numerous issues regarding tasks which are pending in the Oregon Bankruptcy Court today.

10. Mr. Szanto's concern regarding failing to complete his various pending tasks is a valid one, both psychologically and physically.

11. The outcome of major surgery can never be known with complete precision: whether surgery will go awry to become immediately life threatening and necessitate emergency protocols is unknown prior to commencement and even as surgery transpires until some sudden, unforeseen event or circumstance arises.

12. The uncertainties of post-surgery recovery are also always very challenging and unpredictable.

13. Surprise bleeding, broken stitch-closures, ruptured sutures and many other horrors can cause death unpredictably and quickly.

14. Without digressing further into recitation of the many horrific medical outcomes and possible death which can fill textbooks and seminars, it suffices to say that a multitude of events can go wrong with surgery – creating complications, resulting in additional hospital stays and other life-threatening situations.

15. My professional recommendation, based on 30 years as a medical professional is that Mr. Szanto should be immediately and redaily accommodated as to whatever additional time he seeks or believes he needs.

16. The benefit of Mr. Szanto's optimistic outlook as he approaches surgery far outweighs any other aspect of medical preparation.

17. Considerations of theoretical legal urgencies are wrong and irrelevant here, because such lawbook notions are always secondary to reality whenever the imminence of any death which can be prevented by a brighter psychological outlook.

18. **<u>Happy persons survive surgery far more often than persons made sad and depressed by their unfinished tasks or other trivial demands.</u>**

19. This would be my counsel to the Bankruptcy Court: there is <u>no</u> benefit to making Mr. Szanto stressed and worried from unfinished tasks and other worries – when an attitude of extending or staying time would be very highly therapeutic and very beneficial for the best outcome of the upcoming surgery.

20. I would suggest an approach of best practices pro-active assistance to Mr. Szanto by extending time rather than a restrictive approach of lesser time which creates demons and stresses which are most contra-indicated to positive results of surgery and survival.

21. The writing of this document was assisted to me by Mr. Szanto who defined legal terminology which would assist the Court.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Signed at Irvine CA.

Dated 3 July 2019  Dzung Anh Pham

15435 JEFFREY RD

IRVINE CA 92618

949-654-8455

JOSEPH ANSON BIEHN
COMM. # 2159613
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. JULY 11, 2020

**JURAT CONTINUES ON NEXT PAGE**

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of <u>California</u> }

County of <u>Orange</u> }

On <u>July 3rd</u>, 2019 before me, <u>Joseph Anson Biehn, Notary Public</u>,
(Here insert name and title of the officer)

personally appeared <u>Dzung Anh Pham</u>,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument: <u>DECLARATION</u>

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Biehn_
Notary Public Signature       (Notary Public Seal)

JOSEPH ANSON BIEHN
COMM. # 2159613
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. JULY 11, 2020

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

<u>DECLARATION</u>
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages <u>7</u>  Document Date <u>7/3/19</u>

**CAPACITY CLAIMED BY THE SIGNER**
- ☒ Individual (s)
- ☐ Corporate Officer
  _____ (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

**INSTRUCTIONS FOR COMPLETING THIS FORM**
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

# **PROOF OF SERVICE**

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623

    On the date indicated below, I personally served the within: **Supplement** on the following by placing the within document in postage pre-paid envelope addressed as:

>**Nicholas J. Henderson**
>**Troy G. Sexton**
>care of
>Motschenbacher & Blattner, LLP
>117 SW Taylor St., Suite 300
>Portland, OR 97204

and by mailing copies to the above parties *via* 1st class mail, postage prepaid.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

    <u>3 July 2019</u> /s/*signed electronically* M. Reynolds

16-33185 / 16-3114     EVIDENCE IN SUPPORT- STAY PROCEEDINGS - JUNE 30TH - 2019 – p.**7**