FROM

Peter Szanto    *949-887-2369*
11 Shore Pine
Newport Beach CA 92657                                    **23rd  August 2019**
_____

**TO: Her Honor Chief Judge Trish M. Brown**


**U.S. Bankruptcy Court**
**District of Oregon**
**1001 SW 5th Ave #700**
**Portland, OR 97204**

                                    Adversarial Proceeding 16-3114

                                        within core CASE: 16-bk-33185

Your Honor -

         I saw you at one of the hearings in my involuntary Bankruptcy,

so I presume you are aware of some of the complaints I am making about

Judge McKittrick's intense hatred of me and the manner in which he is

improperly applying Bankruptcy law to expropriate my money.


         My concern now is the sham trial that is to take place on this

coming Monday, August 26th.  There is no question that judgment will be

entered against me – and as a bonus for Judge McKittrick, I will probably

drop dead (I mean really die) during the 3 days of trial.

I spent 40 days in the hospital July 10th – August 16th. I have documented this in many of my papers. I have also made 16 applications for stay of the August 26th trial, all of which have been rejected.

Judge McKittrick's mistake about how much documentation University of California Medical Center attorneys allow to be disseminated seems to be the hang-up in his mind. Seriously considered, physicians and surgeons signing notarized attestations is wholly impractical because a patient lawsuit might use such material to the hospital's detriment.

What the University of California Medical Center attorneys settled on was a clear and concise "unable to work letter" – which is attached as the last page of this letter and is also EXHIBIT 1 in my petition to the District Court for a Writ of Prohibition to stop trial see Case # 18-cv-939 Document 51.

Without addressing the many other points in my Writ application, the "unable to work letter" says-what-it-means and means-what-it-says: until today 8/23 I have been unable to work on trial preparation matters. Therefore and consequently, I am unprepared for trial.

I am writing this letter to you in hope that you might discuss the possibility of a stay with Judge McKittrick and read my Writ application so that you are well familiar with the profound injustice of a trial of a sick old man who has been unable adequately to prepare for trial during 40 days of hospitalization.

Most respectfully,

Dated August 23, 2019   /s/ *signed electronically* Peter Szanto

BTW: the correspondence upload does not allow attachments so that is why I am referring you to my Writ petition filed in the District court.

## **PROOF of SERVICE**

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623

On the date indicated below, I personally served the within:

## **Correspondence**

on the following by placing in postage pre-paid envelopes of the within document and mailing same to:

**Nicholas J. Henderson**
**Troy G. Sexton**
care of
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204

by mailing copies to the above parties *via* 1st class mail, postage prepaid, or by e-mail and by this Court's ECF service of documents system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

Dated August 23, 2019    /s/ *signed electronically* M. Reynolds

16-bk-33185                     Correspondence – Aug 23-2019 – pg. 4