

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

**TRISH M. BROWN**
CHIEF JUDGE

1050 SW SIXTH AVENUE, #700
PORTLAND, OREGON 97204
(503) 326-1592

STEPHEN A. RAHER
LAW CLERK

SUZANNE M. MARX
JUDICIAL ASSISTANT

August 23, 2019

Peter Szanto
11 Shore Pine
Newport Beach, CA 92657

**VIA CM/ECF ONLY**

Re: *Szanto v. Szanto et al.*, Adv. Proc. 16-3114-pcm

Dear Mr. Szanto:

I have received and reviewed your correspondence docketed as ECF No. 543 in the above-referenced adversary proceeding. As an initial matter, you are incorrect in your assertion that you saw me at a court hearing. I have never attended a hearing in your case or any of the related adversary proceedings, nor have I listened to recordings or reviewed transcripts of any such hearings.

Regarding your request for a stay of the upcoming trial in this proceeding, 28 U.S.C. § 151 vests each bankruptcy judge with plenary authority over any action, suit, or proceeding which is assigned to him. My position as chief judge does not give me authority to control Judge McKittrick's case-related decisions, therefore I cannot act on your request. I also decline your invitation to "discuss" this matter with Judge McKittrick—as Judge Simon noted in his order denying your Emergency Motion for Writ of Prohibition, entered in *Szanto v. JP Morgan Chase Bank, et al.*, Case No. 18-cv-939-SI (D. Or. Aug. 23, 2019), the relief you seek must first be requested from Judge McKittrick by providing him with unredacted supporting medical documentation.

Very truly yours,

Trish M. Brown