DISTRICT OF OREGON
**F I L E D**
November 27, 2019
Clerk, U.S. Bankruptcy Court

Below is a judgment of the court. If the judgment is for money, the applicable judgment interest rate is: 1.56 percent per annum.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. |
| PETER SZANTO, ) | 16-33185-pcm7 |
| ) | |
| Debtor. ) | |
| ) | |
| PETER SZANTO, ) | Adversary No. 16-3114-pcm |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| EVYE SZANTO, VICTOR SZANTO, ) | |
| NICOLE SZANTO, KIMBERLEY SZANTO, ) | |
| MARIETTE SZANTO, ANTHONY SZANTO, ) | |
| AUSTIN BELL, JOHN BARLOW, and ) | |
| BARBARA SZANTO ALEXANDER, ) | |
| ) | |
| Defendant. ) | |

Following a trial on defendants' counterclaims and for the reasons set out in the court's Memorandum Opinion/Report and Recommendation,

IT IS HEREBY ADJUDGED THAT

1. The claim of defendants Nicole Szanto, Kimberley Szanto, Austin Bell, and Mariette Szanto for wrongful use of civil proceedings is

Page 1 - JUDGMENT

DISMISSED.

2. Defendant Victor Szanto is awarded damages of $165,000 against plaintiff Peter Szanto.

3. Defendant Evye Szanto is awarded damages of $105,000 against plaintiff Peter Szanto.

4. Defendant Anthony Szanto is awarded damages of $50,000 against plaintiff Peter Szanto.

5. Defendant Barbara Szanto Alexander is awarded damages of $25,000 against plaintiff Peter Szanto.

6. Plaintiff Peter Szanto is ENJOINED from filing, in any bankruptcy court in the United States, any new adversary proceedings or contested matters against Victor Szanto, Evye Szanto, Anthony Szanto, Mariette Szanto, Barbara Szanto Alexander, David Alexander, Kimberley Szanto, Nicole Szanto, Austin Bell, the estate of Paul or Klara Szanto, any trust in which any of the above persons serve as trustee or hold a beneficial interest, and any entity in which any of the above persons hold a controlling interest ("the Protected Persons"), with the following exceptions:

   a. Peter is represented by legal counsel authorized to practice in the district (including by *pro hac vice* admission); or

   b. Peter has received pre-filing authorization from the chief bankruptcy judge of the district in which he seeks to file an

////

////

////

////

adversary proceeding or contested matter against any of the
Protected Persons.

### 

cc: Peter Szanto
Nicholas J. Henderson (via ECF)
UST (via ECF)

Page 3 -   JUDGMENT