NOTICE IS GIVEN that a hearing has been set by the court in the Notice of Objection to Claim and Hearing Thereon. If no response or withdrawal of the objection is filed within 35 days from the date in the FILED stamp above, the objection may be sustained without further notice.

IT IS ORDERED that, within 5 days of the FILED date of this order, the objecting party must serve, as necessary, this objection with the Notice of Objection to Claim and Hearing Thereon and file a separate certificate of service.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
    **Peter Szanto** ) Case No.   **16-33185-pcm7**
)
)
) OBJECTION TO CLAIM, **AND**
) **ORDER THEREON**
)
)
Debtor(s) )

1. The undersigned objects to Claim No. **8** filed in the amount of $ **1,750,000.00** by:

Claimant's name: **Victor Szanto**

| Proof of Claim Notice Address: | FRBP 7004(h) Service Address, if applicable (objecting party must serve) |
|---|---|
| **Motschenbacher & Blattner LLP<br>c/o Nicholas J. Henderson<br>117 SW Taylor Street, Suite 300<br>Portland, OR 97204** | **Motschenbacher & Blattner LLP<br>c/o Nicholas J. Henderson<br>117 SW Taylor Street, Suite 300<br>Portland, OR 97204** |

2. The undersigned objects to such claim on the ground(s) it (check all applicable sections):

☐ Duplicates Claim No. _____ filed by _____

☐ Fails to assert grounds for priority.

☐ Was not filed on behalf of a real party in interest (e.g., does not include a copy of the assignment(s) upon which it is based).

☐ Appears to include interest or charges accrued after the filing.

☐ Appears that value of collateral exceeds debt.

☐ Arrearage asserted is incorrect.

☐ The creditor filed a secured claim, but neither: (a) specified that any portion of the claim should be treated as unsecured nor (b) requested a hearing to determine the value of their collateral, and therefore the trustee objects to any portion of the claim being treated as unsecured.

☐ The creditor filed a claim for taxes assessed against real or personal property of the debtor(s). The undersigned represents that the interest of the estate in the real or personal property against which the above taxes were assessed has no value in that the estate has no equity or interest in such property, and so under the provisions of 11 U.S.C. §502(b) no order can be made for payment of such taxes.

☒ Proof of claim does not include documentation required by FRBP 3001(c) and (d) (e.g., a copy of the note, or documents establishing secured status).

☒ Other: **SEE PAGE 4 FOR ADDITIONAL OBJECTIONS!**
**Claim's failure to be served has violated Debtor's Due Process rights. Claim's failure to be duly noticed has violated Debtor's Due Process rights. Claim's failure to be served on the Trustee has violated Debtor's Title 11 rights. Debtor believes failed service/notice demonstrates Trustee collusion with claimant.**

3. The undersigned recommends said claim be (check applicable box(es)):

☒ Disallowed in full.

☐ (If objection is based on failure to provide documentation) Disallowed for distribution: If an amended claim including the required documentation is not filed within 30 days of the filed date noted above, no distribution on account of the claim will be made by the trustee or debtor.

☐ Allowed as a SECURED claim for $ _____ a PRIORITY UNSECURED claim for $ _____; AND a NONPRIORITY UNSECURED claim for $ _____.
[You must fill in each blank even if it is $0.]

☐ (If amount of arrearage is contested) The amount of the arrearage is $ _____.

4. **THE UNDERSIGNED CERTIFIES THAT:**

   a. The undersigned will make any required service of this objection and file a separate certificate of service.

   b. If this objection is filed in a chapter 11 case, the undersigned has complied with LBR 3007-1(b)(2) (requiring pre-filing conferral).

   c. A copy of any Withdrawal of this Objection will be served on all parties that were served a copy of this Objection (i.e., the U.S. Trustee, any trustee, debtor(s), the creditor at the address shown above, and their respective attorneys; and, if the creditor is a federal agency, on the U.S. Attorney for the District of Oregon and the U.S. Attorney General).

DATE: 08/08/19   /s/ signed electronically Peter Szanto, Debtor
Objecting Party Signature AND Relation to Case

Peter Szanto, 11 Shore Pine, Newport Beach CA 92657
Objecting Party Name AND Service Address (Type or Print)

949-887-2369
Objecting Party Phone Number

2357
(If Debtor is Objecting Party) Debtor's Address AND Taxpayer I.D.#(s) (last 4 digits)

**OBJECTION TO CLAIM – PAGE 4**

The following objections also negate this claim in this Court.

A. No jurisdiction exists for this claim in Bankruptcy Court, 28 USC 1334(b),

   because Debtor has been forced into involuntary Bankruptcy contrary to law

   and against his will. The situation thereby created is one of involuntary servitude

   to which Debtor objects and for which Debtor cannot be liable. Amendment 13.

B. No jurisdiction exists for this personal injury claim in Bankruptcy court

   28 USC 157(b)(2)(B).

C. The claim appears to arise from several districts outside of Oregon.

   The Oregon District Court must determine the proper district for these claims.

   28 USC 157(b)(5).

D. The claims alleged have been adjudicated in other courts.

E. The statute of limitations has passed for all of the claims alleged.

F. The claims fail based on laches.

G. **Debtor reserves all right to further objection.**

   **VERIFICATION**

   I declare under penalty of perjury under the laws of the United States that I believe all of the

   foregoing objections are proper, true and correct.

   Dated 8/8/2019 /s/ *signed electronically* Peter Szanto at Irvine CA